# Exhibit A

STATE OF NEW YORK SUPREME COURT
COUNTY OF NEW YORK
_____X

NOT FOR
COUNTY CLERKS OFFICE

NOV 0 6 2006

NOT COMPARED
WITH COPY FILED

MOSES SHERMAN,

                    Plaintiff,

          -against-



A.J. PEGNO CONSTRUCTION CORPORATION,
ALLEN BRADLEY, INC.,
AMERICAN STANDARD, INC.,
ASBEKA INDUSTRIES OF NEW YORK, INC.,
ATLANTIC DETROIT DIESEL ALLISON,
BRIDGESTONE/FIRESTONE, INC.,
CARRIER CORPORATION,
CERTAINTEED CORPORATION,
DAIMLER-CHRYSLER CORPORATION,
DARCOID COMPANY, INC.,
DODGE CORPORATION,
FISCHBACH AND MOORE,
FORD MOTOR COMPANY,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GEROSA, INC.,
H. VERBY CO., INC.,
HONEYWELL, INC., f/k/a ALLIED SIGNAL/ BENDIX CORPORATION,
JOHN SORE, INC.,
KARNAK CORPORATION,
KOPPERS INDUSTRIES,
KORODY-COLYER CORPORATION,
MACK TRUCKS, INC.,
NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION f/k/a
          INTERNATIONAL HARVESTER COMPANY
PNEUMO ABEX CORP., individually and as successor in interest to ABEX CORP.,
QUIGLEY COMPANY, INC.,
RAYBESTOS MANHATTAN, INC.,
ROCKBESTOS, INC.,

Index No.: 06-116617
Date Filed: 11/6/06

Plaintiff designates
NEW YORK COUNTY
as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

SUMMONS

1

ROSTONE CORPORATION,
TEVAL CORPORATION f/k/a CHARLES F. GUYON, INC.,
THE TRANE COMPANY,
U.S. RUBBER (UNIROYAL HOLDINGS CORPORATION),
VELLUMOID, INC.,
VIACOM, INC. f/k/a CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORP.,
ALLIED SIGNAL, INC. / BENDIX
FLXIBLE CORPORATION,
MOTION CONTROL INDUSTRIES, INC. as predecessor in interest to CARLISLE
CORPORATION,
NORTHROP-GRUMMAN CORPORATION,
THE BUDD COMPANY

                                    Defendants.
                                                        X
_____

To the above named Defendants

You are hereby summoned to answer the amended verified complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you, within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: November 06, 2006
      New York, New York

Defendant's Address:                    JOHN C. DEARIE & ASSOCIATES
                                         Attorney(s) for Plaintiff
SEE ATTACHED SERVICE RIDER               515 Madison Avenue
                                         New York, New York 10022
                                         212-980-0404

                              2

## DEFENDANT RIDER

**A.J. PEGNO CONSTRUCTION CORPORATION**
100 N. Henry Street
Brooklyn, NY 11222

**ALLEN BRADLEY, INC.**
Secretary of State
41 State Street
Albany, New York

**ALLIED SIGNAL, INC./BENDIX**
101 Columbia Road
Morristown, NJ

**AMERICAN STANDARD**
1 Centennial Avenue
Piscataway, NJ 08855

**ASBEKA INDUSTRIES OF NEW YORK, INC.**
Steven Weiner, Esq.
Picillo Caruso
371 Franklin Avenue
Nutley, NJ 07110

**ATLANTIC DETROIT DIESEL ALLISON**
CT Corporation Systems
111 Eighth Avenue
New York, New York

**BRIDGESTONE/FIRESTONE, INC.**
50 Century Blvd.
Nashville, TN

**CARRIER CORPORATION**
CT Corporation Systems
111 Eighth Avenue
New York, New York

**CERTAINTEED CORPORATION**
c/o CT Corporation Systems
111 Eighth Avenue, 13th Floor
New York, New York

**DAIMLER-CHRYSLER CORPORATION**
CT Corporation Systems
111 Eighth Avenue
New York, New York

**DARCOID COMPANY, INC.**
Secretary of State
41 State Street
Albany, New York

**DODGE CORPORATION**
CT Corporation Systems
111 Eighth Avenue
New York, New York

**FISCHBACH & MOORE, INC.**
675 Central Avenue
New Providence, New Jersey

**FLXIBLE CORPORATION**
Secretary of State
41 State Street
Albany, NY

**FORD MOTOR COMPANY**
CT Corporation Systems
111 Eighth Avenue
New York, New York

**GENERAL ELECTRIC COMPANY**
3135 Easton Turnpike
Fairfield, CT 06431

**GENERAL MOTORS CORPORATION**
CT Corporation Systems
111 Eighth Avenue
New York, New York

**GEROSA, INC.**
C/O Curtiss, Leibell & Shilling, PC
20 Church Street
Carmel, NY 10512

**H. VERBY & CO., INC.**
895 Waverly Avenue
Holtsville, NY 11742

JOHN SORE, INC.
(d/b/a Insulation Supply Corp)
1726 E. 172nd Street
Bronx, NY 10472

KARNAK CORPORATION
CT Corporation Systems
111 Eighth Avenue
New York, New York

KOPPERS INDUSTRIES
Secretary of State
41 State Street
Albany, New York

KORODY-COLYER CORPORATION
Secretary of State
41 State Street
Albany, New York

MACK TRUCKS, INC.
CT Corporation Systems
111 Eighth Avenue
New York, New York

MOTION CONTROL INDUSTRIES, INC.
successor by interest to CARLISLE
CORPORATION
CT Corporation
111 Eighth Avenue
New York, NY

NAVISTAR INTERNATIONAL
TRANSPORTATION CORPORATION
f/k/a INTERNATIONAL HARVESTER
COMPANY
CT Corporation Systems
111 Eighth Avenue
New York, New York

NORTHRUP-GRUMMAN CORPORATION
Secretary of State
41 State Street
Albany, NY

PNEUMO ABEX
CSC
80 State Street
Albany, New York

QUIGLEY COMPANY, INC.
c/o CT Corporation Systems
111 Eighth Avenue, 13th Floor
New York, New York

RAYBESTOS MANHATTAN, INC.
Secretary of State
41 State Street
Albany, New York

ROCKBESTOS, INC.
CSC
80 State Street
Albany, New York

ROSTONE CORPORATION
Secretary of State
41 State Street
Albany, New York

TEVAL CORPORATION f/k/a CHARLES
F. GUYON, INC.
C/O Tierney Law Offices
1125 Land Title Building
100 South Broad Street
Philadelphia, PA 19110

THE BUDD COMPANY
Secretary of State
41 State Street
Albany, New York

THE TRANE COMPANY
Secretary of State
41 State Street
Albany, New York

US RUBBER
c/o Uniroyal Holdings Corporation
70 Great Hill Road
Naugatuck, CT

VELLUMOID, INC.
Secretary of State
41 State Street
Albany, New York

VIACOM, INC., f/k/a CBS CORPORATION
f/k/a WESTINGHOUSE ELECTRIC
COMPANY
51 West 52nd Street
New York, NY

STATE OF NEW YORK SUPREME COURT
COUNTY OF NEW YORK
                                X

Date Filed: 11/06/06

MOSES SHERMAN,

                           Plaintiff,

**VERIFIED
COMPLAINT**

       -against-

Index No.: 06-1/6617

A.J. PEGNO CONSTRUCTION CORPORATION,
ALLEN BRADLEY, INC.,
AMERICAN STANDARD, INC.,
ASBEKA INDUSTRIES OF NEW YORK, INC.,
ATLANTIC DETROIT DIESEL ALLISON,
BRIDGESTONE/FIRESTONE, INC.,
CARRIER CORPORATION,
CERTAINTEED CORPORATION,
DAIMLER-CHRYSLER CORPORATION,
DARCOID COMPANY, INC.
DODGE CORPORATION,
FISCHBACH AND MOORE,
FORD MOTOR COMPANY,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GEROSA, INC.,
H. VERBY CO., INC.,
HONEYWELL, INC., f/k/a ALLIED SIGNAL/ BENDIX CORPORATION,
JOHN SORE, INC.,
KARNAK CORPORATION,
KOPPERS INDUSTRIES,
KORODY-COLYER CORPORATION,
MACK TRUCKS, INC.,
NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION f/k/a
        INTERNATIONAL HARVESTER COMPANY
PNEUMO ABEX CORP., individually and as successor in interest to ABEX CORP.,
QUIGLEY COMPANY, INC.,
RAYBESTOS MANHATTAN, INC.,
ROCKBESTOS, INC.,
ROSTONE CORPORATION,
TEVAL CORPORATION f/k/a CHARLES F. GUYON, INC.,
THE TRANE COMPANY,

3

U.S. RUBBER (UNIROYAL HOLDINGS CORPORATION),
VELLUMOID, INC.,
VIACOM, INC. f/k/a CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORP.,
ALLIED SIGNAL, INC. / BENDIX
FLXIBLE CORPORATION,
MOTION CONTROL INDUSTRIES, INC. as predecessor in interest to CARLISLE
CORPORATION,
NORTHRUP-GRUMMAN CORPORATION,
THE BUDD COMPANY

                    Defendants.
_____X

1.    Plaintiff, **MOSES SHERMAN**, by his attorneys JOHN C. DEARIE & ASSOCIATES,

upon information and belief, at all times hereinafter mentioned alleges as follows:

2.    Plaintiff, **MOSES SHERMAN**, by his attorneys, JOHN C. DEARIE AND

ASSOCIATES, for his Verified Complaint respectfully alleges:

3.    Defendant FISCHBACH & MOORE, was and still is a duly organized domestic

corporation doing business in the State of New York.

4.    Defendant FISCHBACH & MOORE, was and still is a duly organized foreign

corporation doing and/or transacting business in the State of New York and/or should have

expected its acts to have consequences in the State of New York.

5.    Defendant H. VERBY & CO., INC., was and still is a duly organized domestic

corporation doing business in the State of New York.

6.    Defendant H. VERBY & CO., INC., was and still is a duly organized foreign corporation

doing and/or transacting business in the State of New York and/or should have expected its acts

to have consequences in the State of New York.

7.    Defendant KARNAK CORPORATION, was and still is a duly organized domestic

corporation doing business in the State of New York.

4

8.    Defendant KARNAK CORPORATION, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

9.    Defendant VIACOM, INC., f/k/a CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

10.    Defendant VIACOM, INC., f/k/a CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC COMPANY, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

11.    Defendant ROSTONE CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

12.    Defendant ALLEN BRADLEY, INC., was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

13.    Defendant ALLEN BRADLEY, INC., was and still is a duly organized domestic corporation doing business in the State of New York

14.    Defendant KORODY-COYLER COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York

15.    Defendant KORODY-COYLER COMPANY, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

5

16.    Defendant A.J. PEGNO CONSTRUCTION CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

17.    Defendant A.J. PEGNO CONSTRUCTION CORPORATION, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

18.    Defendant VELLUMOID, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

19.    Defendant VELLUMOID, INC., was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

20.    Defendant DARCOID CO., INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21.    Defendant DARCOID CO., INC., was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

22.    Defendant FLXIBLE CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

23.    Defendant FLXIBLE CORPORATION, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

24.    Defendant NORTHRUP-GRUMMAN CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

6

25.    Defendant NORTHRUP-GRUMMAN CORPORATION, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

26.    Defendant THE BUDD COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

27.    Defendant THE BUDD COMPANY, was and still is a duly organized foreign corporation doing and/or transacting business in the State of New York and/or should have expected its acts to have consequences in the State of New York.

28.    Plaintiff, MOSES SHERMAN, repeats and realleges each and every allegation in the New York Asbestos Litigation John C. Dearie and Associates Standard Asbestos Complaint No. 3 for Personal Injury as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: November 6, 2006.
        New York, New York

Yours, etc.

John C. Dearie & Associates
Attorneys for Plaintiff(s)
515 Madison Ave. Suite 1118
New York, New York 10022
(212) 980-0404

7

STATE OF NEW YORK    )
COUNTY OF NEW YORK   )


The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm of JOHN C. DEARIE & ASSOCIATES, Counsel for the

plaintiff in the within action; deponent has read the foregoing Verified Complaint and knows the

contents thereof; the same is true to deponent's own knowledge, except as to the matters therein

stated to be alleged on information and belief, and that as to those matters deponent believes it to

be true.


Dated: November 6, 2006,
New York, New York

MICHAEL J. CROCE, ESQ.

8