# Exhibit B

03/01/2007 04:53 FAX 12122675942        NICOLETTI&HARRIS                    ☒002/011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X Index No.: 116617-06

MOSES SHERMAN and LEOLA SHERMAN,

    Date Filed: 03/01/2007

                          Plaintiff(s),

    Plaintiff Designates
    NEW YORK
    County as the Place of Trial

                  -against-

    The Basis of Venue is
    Defendants' Place of Business

A.J. PEGNO CONSTRUCTION CORPORATION,
ALLEN BRADLEY, INC.,
AMERICAN STANDARD, INC.,
ASBEKA INDUSTRIES OF NY, INC.,
ATLANTIC DETROIT DIESEL ALLISON,
BRIDGESTONE/FIRESTONE, INC.,
CARRIER CORPORATION,
    as successor in interest to BRYANT HEATING &
    COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
DAIMLER CHRYSLER CORPORATION,
DARCOID COMPANY, INC.,
DODGE CORPORATION,
FISCHBACH AND MOORE,
FORD MOTOR COMPANY,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GEROSA INCORPORATED,
H. VERBY & CO., INC.,
HONEYWELL INTERNATIONAL, INC.,
HONEYWELL INTERNATIONAL, INC.,
    f/k/a ALLIED SIGNAL, INC. / BENDIX,
JOHN SORE, INC.,
KARNAK CORPORATION,
KOPPERS COMPANY,
KORODY-COLYER CORPORATION,
MACK TRUCKS, INC.,
MOTION CONTROL INDUSTRIES, INC.,
    as predecessor in interest to CARLISLE CORPORATION,
NAVISTAR INTERNATIONAL TRANSPORTATION
CORPORATION, f/k/a INTERNATIONAL HARVESTER
COMPANY,
NORTHROP-GRUMANN CORPORATION,
PNEUMO ABEX CORPORATION,
    Individually and as successor in interest to ABEX
    CORPORATION,

SUPPLEMENTAL
SUMMONS

WITH COPY FILED
NOT COMPARED
MAR - 1 2007
COUNTY CLERK'S OFFICE
NEW YORK

NEW YORK
COUNTY CLERK'S OFFICE
MAR - 1 2007
NOT COMPARED
WITH COPY FILED

03/01/2007 04:54 FAX  12122875942     NICOLETTI&HARRIS                    ☒003/011

QUIGLEY COMPANY, INC.,
RAYBESTOS MANHATTAN, INC.,
ROCKBESTOS, INC.,
ROSTONE CORPORATION,
TEVAL CORPORATION,
   f/k/a CHARLES F. GUYON COMPANY,
THE BUDD COMPANY,
THE FLXIBLE CORPORATION,
THE TRANE COMPANY,
U.S. RUBBER COMPANY (UNIROYAL),
VELLUMOID, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
INGERSOLL-RAND COMPANY,
UNION CARBIDE CORPORATION,

                                            Defendants
----------------------------------------------------------------X

To the above named Defendant(s)

    You are hereby summoned to answer the amended verified complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, February 07, 2007
     New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

MAR-01-2007 17:22                                                96%                P.03

## DEFENDANTS' RIDER

Harris Aaron Esq
Philip Goldstein Esq
MCGUIRE WOODS LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105
(212) 421-5555
Attorneys for Defendant:
    AMERICAN STANDARD, INC.
    THE TRANE COMPANY

Frank A. Cecere Esq.
AHMUTY, DEMERS & MCMANUS
200 I.U. Willetts Road
Albertson, NY 11507
(516) 294-5433
fax:(516) 294-5387
Attorneys for Defendant:
    CARRIER CORPORATION,
        as successor in interest to BRYANT HEATING &
    COOLING SYSTEMS

William Bradley Esq
MALABY CARLISLE & BRADLEY LLC
150 Broadway, Suite 600
New York, NY 10038
Attorneys for Defendant:
    CBS CORPORATION, a Delaware Corporation,
        f/k/a VIACOM INC. successor by merger to CBS
        CORPORATION, a Pennsylvania Corporation,
        f/k/a WESTINGHOUSE ELECTRIC CORPORATION

Judith Yavitz Esq.
ANDERSON, KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
fax:(212) 278-1733
Attorneys for Defendant:
    CERTAIN TEED CORPORATION

Scott Emery Esq.
LYNCH DASKAL & EMERY LLP
264 West 40TH Street
New York, NY 10018
(212) 302-2400
fax:(212) 302-2210
Attorneys for Defendant:
    DAIMLER CHRYSLER CORPORATION

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

03/01/2007 04:54 FAX 12122875942    NICOLETTI&HARRIS              ☒005/011

Nancy Pennie Esq
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 Third Avenue
New York, NY 10017
Attorneys for Defendant:
    FORD MOTOR COMPANY
    GENERAL MOTORS CORPORATION

Michael Tanenbaum Esq
SEDWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102-5311
(973) 242-0002
fax:(973) 242-8099
Attorneys for Defendant:
    GENERAL ELECTRIC COMPANY

Veronica La Valle Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street
23rd Floor
New York, NY 10004
(212) 233-1550
Attorneys for Defendant:
    GEROSA INCORPORATED

William J. Mendrzycki Esq.
DRINKER, BIDDLE & SHANLEY, LLP
500 Campus Drive
Florham Park, NJ 07932
(973) 360-1100
fax:(973) 360-9831
Attorneys for Defendant:
    HONEYWELL INTERNATIONAL, INC.

Lisa Linsky Ees
MCDERMOTT, WILL & EMERY
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020
Attorneys for Defendant:
    HONEYWELL INTERNATIONAL, INC.,
    f/k/a ALLIED SIGNAL, INC. / BENDIX

Gerard Nolan Esq.
RONCA, MCDONALD & HANLEY
5 Regent Street
Suite 517
Livingston, NJ 07039
Attorneys for Defendant:
    KARNAK CORPORATION

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Thomas Maimone Esq.
MAIMONE & ASSOCIATES
170 Old Country Road
Mineola, NY 11501
Attorneys for Defendant:
    MACK TRUCKS, INC.

Russell Pepe Esq.
HARWOOD LLOYD, LLC
350 Fifth Avenue
Suite 3304
New York, NY 10118
(212) 268-5136
Attorneys for Defendant:
    MOTION CONTROL INDUSTRIES, INC.,
        as predecessor in interest to CARLISLE CORPORATION

Richard Marin Esq.
MARIN GOODMAN, LLP
40 Wall Street
57th Floor
New York, NY 10005
(212) 661-1151
fax:(212) 661-1141
Attorneys for Defendant:
    NORTHROP-GRUMANN CORPORATION

James Smith Esq.
SMITH ABBOT, LLP
115 Broadway, 19th Flr
New york, NY 10006
(212) 981-4501
fax:(212) 981-4502
Attorneys for Defendant:
    PNEUMO ABEX CORPORATION,
        Individually and as successor in interest to ABEX
    CORPORATION

Norman Senoir Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016
Attorneys for Defendant:
    U.S. RUBBER COMPANY (UNIROYAL)

GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.
CT Corporation System
111 8th Avenue
New York, NY 10011

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

03/01/2007 04:54 FAX 12122875942   NICOLETTI&HARRIS   ☒007/011

INGERSOLL-RAND COMPANY
CT Corporation Systems
111 8th Avenue
New York, NY 10011

UNION CARBIDE CORPORATION
CT Corporation Systems
111 8th Avenue
New York, NY 10019

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

03/01/2007 04:54 FAX 12122675842    NICOLETTI&HARRIS    ☒008/011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X Index No: 116617-06
MOSES SHERMAN and LEOLA SHERMAN,

Date Filed: 03/01/07

Plaintiff(s),

-against-

**AMENDED VERIFIED COMPLAINT**

A.J. PEGNO CONSTRUCTION CORPORATION,
ALLEN BRADLEY, INC.,
AMERICAN STANDARD, INC.,
ASBEKA INDUSTRIES OF NY, INC.,
ATLANTIC DETROIT DIESEL ALLISON,
BRIDGESTONE/FIRESTONE, INC.,
CARRIER CORPORATION,
CBS CORPORATION, a Delaware Corporation,
   f/k/a VIACOM INC. successor by merger to CBS
   CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
DAIMLER CHRYSLER CORPORATION,
DARCOID COMPANY, INC.,
DODGE CORPORATION,
FISCHBACH AND MOORE,
FORD MOTOR COMPANY,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GEROSA INCORPORATED,
H. VERBY & CO., INC.,
HONEYWELL INTERNATIONAL, INC.,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
JOHN SORE, INC.,
KARNAK CORPORATION,
KOPPERS COMPANY,
KORODY-COLYER CORPORATION,
MACK TRUCKS, INC.,
MOTION CONTROL INDUSTRIES, INC.,
   as predecessor in interest to CARLISLE CORPORATION,
NAVISTAR INTERNATIONAL TRANSPORTATION
   CORPORATION, f/k/a INTERNATIONAL HARVESTER
   COMPANY,
NORTHROP-GRUMANN CORPORATION,
PNEUMO ABEX CORPORATION,
   Individually and as successor in interest to ABEX
   CORPORATION,
QUIGLEY COMPANY, INC.,
RAYBESTOS MANHATTAN, INC.,
ROCKBESTOS, INC.,
ROSTONE CORPORATION,
TEVAL CORPORATION,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

MAR-01-2007 17:23    97%    P.08

    f/k/a CHARLES F. GUYON COMPANY,
THE BUDD COMPANY,
THE FLXIBLE CORPORATION,
THE TRANE COMPANY,
U.S. RUBBER COMPANY (UNIROYAL),
VELLUMOID, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
INGERSOLL-RAND COMPANY,
UNION CARBIDE CORPORATION,

                                      Defendants
----------------------------------------------------------------X

        Plaintiff(s), MOSES SHERMAN and LEOLA SHERMAN, by their attorneys, WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

    1.    Plaintiff(s), MOSES SHERMAN and LEOLA SHERMAN, by their attorneys, WEITZ & LUXENBERG, P.C., for their amended verified complaint respectfully repeats and realleges every allegation in the original summons and complaint filed by the law firm of John C. Dearie & Associates on November 06th, 2006 and the NYAL -WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: February 07, 2007
       New York, New York

                                              Yours, etc.,

                                              WEITZ & LUXENBERG, P.C

                                              Attorneys for Plaintiff(s)
                                              180 Maiden Lane
                                              New York, NY 10038
                                              (212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing supplemental summons and amended verified complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: February 07, 2007
       New York, New York

_____
DAVID A. CHANDLER

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

03/01/2007 04:54 FAX 12122675942    NICOLETTI&HARRIS    ☒011/011

Index No.: 116617-06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MOSES SHERMAN and LEOLA SHERMAN,

Plaintiff(s),

-against-

A.J. PEGNO CONSTRUCTION CORPORATION, et. al.,

Defendants.

SUPPLEMENTAL SUMMONS and AMENDED VERIFIED COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated,
February 07, 2007

Attorney(s) for

MAR-01-2007 17:23    96%    P.11