# Exhibit C

577863v

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
———————————————————————— x

SHERMAN MOSES,

                Plaintiff,

- against -

A J PEGNO CONSTRUCTION CORP. et al.,

                Defendants.

———————————————————————— x

**ACKNOWLEDGMENT OF RECEIPT**

Index No. 116617/2006

SIR/MADAM:

    Defendant FORD MOTOR COMPANY ("FORD"), by its attorneys, AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP, hereby acknowledges receipt of a copy of a Summons and of plaintiffs' Verified Complaint in this action.

    FORD hereby answers the Verified Complaint by reference to its Standard Answer, Cross-Claims and Answer to Cross-Claims, dated April 18, 2002, filed pursuant to NYCAL Amended Case Management Order dated September 20, 1996, amended as of February 19, 2003, and raises each of the defenses and cross-claims contained in its Standard Answer, Cross-Claims and Answer to Cross-Claims, dated April 18, 2002.

Dated:    New York, New York
            January 31, 2007

                                              Yours, etc.,

                                              _____
                                              BY:  ELLIOTT J. ZUCKER
                                              AARONSON RAPPAPORT FEINSTEIN
                                              & DEUTSCH, LLP
                                              Attorneys for FORD MOTOR COMPANY
                                              Office & P.O. Address

544214v

-2-

                                                757 Third Avenue  
                                                New York, NY 10017  
                                                212-593-6700

To:      JOHN C. DEARIE & ASSOCIATES  
           Attorneys for Plaintiff  
           515 Madison Avenue  
           New York, NY 10022  
           212-980-0404

544214v

Sherman  5011-874

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                     ss.:
COUNTY OF NEW YORK   )

      CATHERINE K. LONGSWORTH, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at KINGS COUNTY, NY.

      That on the 5th day of February, 2007, deponent served the within ACKNOWLEDGMENT OF RECEIPT upon:

> JOHN C. DEARIE & ASSOCIATES
> Attorneys for Plaintiff
> 515 Madison Avenue
> New York, NY  10022
> 212-980-0404

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                    _____
                                                    CATHERINE K. LONGSWORTH

Sworn to before me this
5th day of February, 2007

_____
Notary Public

TRACY EASON
Commissioner of Deeds
City of New York - No. 4-4611
Certificate Filed in New York County
Commission Expires May 1, 20 07

544218v

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                              116617/2006

SHERMAN MOSES,

                              Plaintiff,

    -against-

A J PEGNO CONSTRUCTION CORP. et al.,

                              Defendants.

## ACKNOWLEDGMENT OF RECEIPT

**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
Defendant
FORD MOTOR COMPANY
Office and Post Address
757 Third Avenue
New York, NY 10017
212-593-6700

To:   **ALL PARTIES**

544222v