UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: NEW YORK
      ASBESTOS LITIGATION
------------------------------------------------------------------x

| | |
|---|---|
| This Document Relates To: | STATEMENT PURUSANT TO |
| MOSES SHERMAN AND LEOLA SHERMAN, | RULE 7.1 |
| Plaintiffs, | DEFENDANTS DEMAND TRIAL BY JURY |
| -against- | Civil Action No.:_____ |
| A.J. PEGNO CONSTRUCTION CORPORATION, et al., | |
| Defendants. | |

------------------------------------------------------------------x

Pursuant federal rules of civil procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for FORD MOTOR COMPANY (a private non-governmental party) certifies that the following:

Ford does not have any parent corporations, and 10% or more of Ford's stock is not owned by a publicly held corporation or publicly held entity.

Dated: New York, New York
      June 27, 2007

                              By: Jay A. Rappaport  5977
                              AARONSON RAPPAPORT FEINSTEIN
                              & DEUTSCH, LLP
                              *Attorneys for Defendants*
                              **Ford Motor Company and**
                              **General Motors Corporation**
                              757 Third Avenue
                              New York, New York 10017
                              (212) 593-6700

577505v

To:  WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiffs*
180 Maiden Lane
New York, New York 10038

Don Pugliese, Esq.
MCDERMOTT, WILL & EMERY
*Attorneys for HONEYWELL INTERNATIONAL, INC.*
*F/K/A ALLIED SIGNAL, INC./BENDIX*
340 Madison Avenue
New York, New York 10173-1922

Judith Yavitz, Esq.
ANDERSON, KILL & OLICK, P.C.
*Attorneys for AMCHEM PRODUCTS, INC., N/K/A RHONE*
*POULENE AG CO., N/K/A BAYER CROPSCIENCE, INC.*
*CERTAINTEED CORP. AND UNION CARBIDE CORP.*
1251 Avenue of the Americas
New York, New York 10020

577505v