UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE: NEW YORK
      ASBESTOS LITIGATION
-----------------------------------------------------------------------x

| | |
|---|---|
| This Document Relates To: | |
| MOSES SHERMAN AND LEOLA SHERMAN, | **STATEMENT PURUSANT TO RULE 7.1** |
| Plaintiffs, | **DEFENDANTS DEMAND TRIAL BY JURY** |
| -against- | |
| A.J. PEGNO CONSTRUCTION CORPORATION, et al., | Civil Action No.:_____ |
| Defendants. | |

-----------------------------------------------------------------------x

    Pursuant federal rules of civil procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for GENERAL MOTORS CORPORATION is a non-governmental corporate party. There exists no parent corporation. The following are publicly held corporations that own ten (10%) or more of the corporation:

State Street Bank & Trust Company
Capital Research and Management Company
Brandes Investment Partners, L.P.

Dated:  New York, New York
         July 12, 2007

                           By: Jay A. Rappaport 5977
                           AARONSON RAPPAPORT FEINSTEIN
                           & DEUTSCH, LLP
                           *Attorneys for Defendants*
                           **Ford Motor Company and**
                           **General Motors Corporation**
                           757 Third Avenue
                           New York, New York 10017
                           (212) 593-6700

580282v

To: WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiffs*
180 Maiden Lane
New York, New York 10038

Don Pugliese, Esq.
MCDERMOTT, WILL & EMERY
*Attorneys for HONEYWELL INTERNATIONAL, INC.*
*F/K/A ALLIED SIGNAL, INC./BENDIX*
340 Madison Avenue
New York, New York 10173-1922

Judith Yavitz, Esq.
ANDERSON, KILL & OLICK, P.C.
*Attorneys for AMCHEM PRODUCTS, INC., N/K/A RHONE*
*POULENE AG CO., N/K/A BAYER CROPSCIENCE, INC.*
*CERTAINTEED CORP. AND UNION CARBIDE CORP.*
1251 Avenue of the Americas
New York, New York 10020

580282v