UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MOSES SHERMAN and LEOLA SHERMAN,

                                  Plaintiffs,

- against -

A.J. PEGNO CONSTRUCTION CORP., et al.,

                                  Defendants.

-----------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF MOTION TO REMAND**

Case No. 07 CV 6433 (KMK)

PLEASE TAKE NOTICE that upon Plaintiffs' Memorandum of Law In Support of Their Motion To Remand the Case To State Court, and Plaintiffs' Affirmation In Support of Their Motion To Remand, and the previous pleadings and papers in this case, Plaintiffs Moses Sherman and Leola Sherman, by their attorneys, Weitz & Luxenberg, P.C., will move this Court before the Honorable Kenneth M. Karas, at the United States Courthouse, 500 Pearl Street, New York, New York, <u>on a date and at a time to be designated by the Court</u>, pursuant to 28 U.S.C. §1447, to remand this case to New York Supreme Court, County of New York, to award Plaintiffs their costs and expenses incurred in opposing Defendants General Motors Corporation and Ford Motor Company's removal of this case, and for

1

such other relief as the Court deems just and proper.

Dated: New York, N.Y.
       July 30, 2007

                              **WEITZ & LUXENBERG, P.C.**
                              Attorneys for Plaintiffs
                              180 Maiden Lane, 17th Fl.
                              New York, N.Y. 10038

By: _____
       Stephen J. Riegel (SR-8832)
       (212) 558-5500

TO:

    Jay A. Rappaport, Esq.
    AARONSON RAPPAPORT FEINSTEIN &
       DEUTSCH, LLP
    Attorneys for Defendant Ford Motor Company and
       General Motors Corporation
    757 Third Avenue
    New York, N.Y. 10017

    Don Pugliese, Esq.
    MCDERMOTT, WILL & EMERY
    Attorneys for Defendant Honeywell International, Inc.
       f/k/a Allied Signal, Inc./Bendix
    340 Madison Avenue
    New York, N.Y. 10173-1922

    Judith Yavitz, Esq.
    ANDERSON, KILL & OLICK, P.C.
    Attorneys for Amchem Products, Inc., n/k/a Rhone
       Poulene AG Co., n/k/a Bayer CropScience, Inc.,
       Certainteed Corp. and Union Carbide Corp.
    1251 Avenue of the Americas
    New York, N.Y. 10020

## AFFIRMATION OF SERVICE

**BARBARA PARENTE**, being duly sworn, deposes and says that affiant is associated with the attorneys for the plaintiff(s) herein; is not a party to this action; and resides in the County of Staten Island, City and State of New York; and

That on the 1st day of August, 2007, affiant served the within **PLAINTIFFS' NOTICE OF MOTION TO REMAND; PLAINTIFFS' AFFIRMATION IN SUPPORT OF THEIR MOTION TO REMAND; and PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO REMAND THE CASE TO STATE COURT,** by sending a true copy of the same, enclosed in a pre-paid Federal Express wrapper, marked for "priority overnight" service, addressed to the counsel for defendants listed on the attached Notice of Motion.

_____
**BARBARA PARENTE**

CASE NO. 07 CV 6433 (KMK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSES SHERMAN and LEOLA SHERMAN,

Plaintiffs,

- against -

A.J. PEGNO CONSTRUCTION CORP., et al.,

Defendants.

PLAINTIFFS' NOTICE OF MOTION TO REMAND

WEITZ & LUXENBERG, P.C.

*Attorneys for* **Plaintiffs**

180 Maiden Lane
New York, NY 10038
(212) 558-5500

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ............................................    Signature............................................

Print Signer's Name............................................

*Service of a copy of the within*                                                               *is hereby admitted.*

*Dated:*

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY    *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on          20*

☐ NOTICE OF SETTLEMENT    *that an Order of which the within is a true copy will be presented for settlement to the Hon.                    one of the judges of the within named Court, at on          20          at          M.*

*Dated:*

WEITZ & LUXENBERG, P.C.

*Attorneys for*

180 Maiden Lane
New York, NY 10038