**EXHIBIT 2**

COMPANY & MAILING ADDRESS
Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave
Trenton, Mich 48183

SALESMAN: ETC-47   NO. 334

SALES REGION: 576660

SHIP TO ADDRESS: Same

SALESMAN NUMBER (16257669) R@5017

**Tax Exemption Cert. Dated – 2-7-75**

RO 12-17R
RP 1-25-79
PROD: R62-4

RECORD OF CALLS AND OTHER INFORMATION

OTHER CONTACTS:
Russell — Siemon — Kraft Age PC
313-676-2200
313-671-4848

| DATE | X | LBS | $ VALUE | FROM | LBS | $ VALUE |
|---|---|---|---|---|---|---|
| 7/1/69 | | 90 | 67.55 | Detroit | 190 | 137.05 |
| 9/9/69 | | 100 | 69.50 | | 290 | 701.55 |
| 10/20/69 | | 100 | 69.50 | | 640 | 43.55 |
| 7/5/69 | | 350 | 231.00 | | 990 | 675.80 |
| | | 350 | 243.25 | | | |
| 1/8/70 | | 7000 | 1370.00 | Cleve | | |
| 4/1/70 | | 7000 | 1430.00 | Detroit | 4000 | 2750.00 |
| 5/8/70 | | 7000 | 1430.00 | Col | 6000 | 4180.00 |
| 7/5/70 | | 10050 | 6597.50 | Detroit | 16150 | 10777.50 |
| 9/1/70 | | 10050 | 6597.50 | Detroit | 26300 | 17375.00 |
| 10/9/70 | | 18700 | 6597.50 | | 36450 | 23.497.50 |
| 9/16/70 | | 18700 | 11648.00 | KC | 54650 | 35,620.50 |
| | | 7850 | | KC | 71,850 | 47,268.50 |
| 9/4/71 | | 18700 | 11850.00 | KC | | |
| 9/20/71 | | 18700 | 11648.00 | | 18700 | 11648.00 |
| 9/3/71 | | 5850 | 3867.50 | Detroit | 36700 | 23763.00 |
| 9.13.71 | | 5750 | 386.7.50 | | 42350 | 27,163.50 |
| 9/4/71 | | 5850 | 3867.50 | | 48300 | 31,031.00 |
| 9/8/71 | | 5950 | 3867.50 | | 54650 | 34,878.50 |
| 9/19/71 | | 5950 | 3867.50 | | 60,200 | 38,761.00 |
| | | 5950 | | | 66,150 | 42,633.50 |
| 9/1/72 | | 5450 | 3867.50 | Livonia | | |
| 9/4/72 | | 6300 | 4095.00 | | 14,250 | 7961.50 |
| 9/4/72 | | 6300 | 4095.00 | | 18,550 | 12,057.50 |
| 7/6/72 | | 6300 | 4095.00 | | 24,850 | 16,152.50 |
| 7/5/72 | | 6300 | 4095.00 | | 31,150 | 20,247.50 |
| 9/6/72 | | 6300 | 4947.00 | | 37,450 | 24,341.50 |
| 9/18/72 | | 6300 | 4347.00 | | 43,750 | 28,689.50 |
| 9/23/72 | | 6300 | 4347.00 | | 50050 | 33,036.50 |
| 9/1/72 | | 6300 | 4347.00 | | 56350 | 37,383.50 |
| 9/30/72 | | 6300 | 4347.00 | | 62650 | 41,730.50 |
| | | 68950 | 4347.00 | | 68950 | 46,077.50 |

ASB.

162.5766.9
CHRYSLER CORP. CHEM. DIV.
4537 W. JEFFERSON AVE.
TRENTON, N.J. 48183

TERMS ARE: CREDIT

5/4/72

UNION CARBIDE CORPORATION

**UNION CARBIDE CORPORATION**

PRODUCT(S): 50127

**313-C76-320**

COMPANY & MAILING ADDRESS

Chrysler Corp. Chem. Div.
5437 W. Jefferson Avenue
Trenton, Mich. 48183

SHIP TO ADDRESS: Same

SALESMAN: J. E.

PROD: R-244   MARKET AREA

RECORD OF CALLS AND OTHER INFORMATION

| DATE | Information |
|---|---|
| 6/72 | 72 Budget 60M# – 42M$ |
| | Start over from October |
| | Part Numbers F-1423 |
| | 73 Budget 80M# – 56M$ |

### SALES ORDERS SHIPPED AND INVOICED

| | CURRENT MONTH | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| DATE | LBS. | $ VALUE | FROM | LBS. | $ VALUE |
| 1969 | 960 | 676 | | | |
| 1970 | 72,850 | 47,767 | | | |
| 1971 | 66,150 | 42,633 | | | |
| 1-19-72 | 5,850 | 3,868 | LIU | 18,550 | 12,058 |
| 3-72 | 12,600 | 8,170 | | | |
| 4-27-72 | 6,300 | 4,095 | | 24,850 | 14,783 |
| 5-22-72 | 6,300 | 4,095 | | 31,150 | 20,248 |
| 6-9-72 | 6,300 | 4347 | | 37,450 | 24,343 |
| 7-13-72 | 6,300 | 4347 | | 43,750 | 28,690 |
| 8-23-72 | 6,300 | 4347 | | 50,050 | 33,037 |
| 7-29-72 | 6,300 | 4347 | | 56,390 | 37,384 |
| 10-24-72 | 6,300 | 4347 | | 63,650 | 41,731 |
| 11-72 | 6,300 | 4347 | V | 68,950 | 46,078 |
| 1-73 | 6,300 | 4347 | V | 12,600 | 8,694 |
| 2-73 | 6,300 | 4347 | V | 18,900 | 13,041 |
| 3-73 | 6,300 | 4347 | V | 25,200 | 17,388 |
| 5/73 | 6,300 | 4347 | V | 31,500 | 21,735 |
| 4/73 | 6,300 | 4347 | CE | 37,800 | 26,082 |
| 7/73 | 5,950 | 4,105 | LW | 43,750 | 30,087 |
| 8/73 | 5,950 | 4,105 | | 49,700 | 34,282 |
| 9/73 | 5,950 | 4,105 | | 55,650 | 38,377 |
| 11/73 | 5,950 | 4,105 | | 61,600 | 42,502 |

SALES BY STATE

UNION CARBIDE CORPORATION

SALES BY STATE

**COMPANY & MAILING ADDRESS**
Chrysler Corp Chem Div
5437 N. Jefferson Ave
Trenton, Mich 48183
Part # E-1433
SALESMAN: Mr. H.A. York
PROD: RG-244

**RECORD OF CALLS AND OTHER INFORMATION**

| DATE | |
|---|---|
| 4/74 | 1974 $\mu o6$ 40T - 59 m $^s$ |
| 9-74 | Our prices about |
| 4-75 | " " " |
| 11/75 | " " |
| 3/76 | " " |
| 9/76 | " " |
| 10/77 | Health Info Cost |

| DATE | CURRENT MONTH | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | LBS. | $ VALUE | FROM | LBS. | $ VALUE |
| 1969 | 990 | 676 | | | |
| 1970 | 72,830 | 47,869 | | | |
| 1971 | 66,150 | 42,633 | | 48,028 | |
| 1972 | 68,950 | | | 42,502 | |
| 1973 | 61,600 | | | | |
| 1/74 | 5950 | 4105 | LIV | 1190.0 | 8211 |
| 2/74 | 5950 | 4105 | LIV | 17650 | 12,316 |
| 3/74 | 5950 | 4522 | LIV | 23,800 | 16,838 |
| 6-74 | 5950 | 4522 | V | 29,750 | 21,360 |
| 7-74 | 5950 | 4522 | V | 35,700 | 25,882 |
| 8-74 | 5950 | 4522 | V | 41,650 | 30,404 |
| 9-74 | 5950 | 4522 | V | 47,600 | 34,626 |
| 10-74 | 5950 | 5177 | V | 53,550 | 39,803 |
| 11-74 | 5950 | 5177 | V | 59,506 | 41,886 |
| 1-75 | 5950 | 5177 | Ptt | 24,50 | 16,097 |
| 1-75 | 18,200 | 10,920 | Ptt | | |
| 3-75 | 18,200 | 10,820 | | 42,350 | 27,092 |
| 8-75 | 18,200 | 13,376 | Plt | 60,550 | 39,383 |
| 10-75 | 16,800 | 11,424 | Plt | 77,350 | 50,817 |
| | | | | 38,687 | |
| 12-75 | 8.4T | 12,708 | | 47,08T | 63,585 |
| 3-76 | 9.35T | 14,394 | | | |
| 4-76 | 1.4T | 2,856 | | 16,75T | 7250 |
| 6-76 | 9.6T | 14,593 | | 20,357 | 31,849 |
| 8-76 | 9.6T | 14,593 | | 29,95 | 46,434 |
| 11-76 | 9.6 | 14,876 | | 39,55 | 63,330 |
| 2-77 | 9.6 | 16,876 | | 19.2 | 33,792 |
| 4-77 | 9.6 | 16,876 | | 29.2 | 51,392 |
| 9-77 | 10.0 | 17,600 | | 32.6 | 69,098 |
| | 10.4 | 18,304 | | | |

Case 1:?-06433-RJS    Document ?    Filed 08/01/2007    ... 5 of 23

# UNION CARBIDE CORPORATION

**COMPANY & MAILING ADDRESS**

Chrysler Corp Chem Div
5317 W. Warren Ave.
Trenton Mich 48183

SALESMAN ____ TPW

P.A. ____

PROD ____ RB-144

**SHIP TO ADDRESS** ____ Same

REGION ____

OTHER CONTACTS ____

MARKET AREA ____

## SALES ORDERS SHIPPED AND INVOICED

| DATE | CURRENT MONTH LBS | $ VALUE | FROM | YEAR TO DATE LBS | $ VALUE |
|------|------|---------|------|------|---------|
| 8/73 | 1,400 | 308 | LIV | | |
| 9/73 | 2,800 | 420 | | 4200 | 728 |
| 1/74 | 2,800 | 420 | LIV | | |
| 6/74 | 2,800 | 658 | | | 1078 |
| 8/74 | 5,600 | 1316 | | 51,000 | |
| | | | | 11,200 | 2,314 |
| 5-75 | 5600 | 1568 | LIV | | |
| 8-75 | 2800 | 784 | LIV | 8400 | 2352 |
| 10-75 | 5600 | 840 | Plt | 14,000 | 3792 |
| 10-75 | 4.2T | 1848 | | 11.2T | 5040 |
| 3-76 | 2.8T | 1008 | | 5619 | 3016 |
| 8-76 | 2.8T | 1008 | | 7.05T | 2856 |
| 8-76 | 1.4T | 840 | | 9.8T | 3920 |
| 11-76 | 2.8T | 1120 | | | |
| 2-77 | 2.80 | 1120 | | 5.60 | 2240 |
| 4-77 | 1.4 | 560 | | 7.0 | 2800 |
| 6-77 | 1.4 | 560 | | 9.8 | 4733 |
| 8-77 | 2.8 | 1120 | | 13.6 | 6860 |
| 11-77 | 2.8 | 2168 | | | |
| 1-78 | 2.8 | 1432 | | 3.5 | 1760 |
| 4-78 | .7 | 532 | | 5.6 | 3360 |
| 5-78 | 2.1 | 1596 | | 7.9 | 4750 |
| 9-78 | 4.2 | 1848 | | 11.9 | 6804 |
| 10-78 | - | 252 | | 11.9 | 6354 |

## RECORD OF CALLS AND OTHER INFORMATION

| DATE | |
|------|---|
| 6/73 | 74 AVG – 12 T – 4/m ? |
| 11-74 | New price |
| 11-75 | " " |
| 3-76 | " " |
| 8-76 | " " |
| 8-76 | " " |
| 10-77 | Held info sent |
| 4-78 | new price sent |
| 8-78 | AIA-IA info sent |
| 12-78 | new price sent |

**WAREHOUSES**: PLT, ATL, CLE, COL, DAL, HAM, HST, KC, LIV, LKL, MET, STL, TOR

**DATE LAST ORDER**



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

## 38942324

| | |
|---|---|
| SHIP TO | • Chrysler Corporation<br>Chemical Division<br>5437 W. Jefferson Ave.<br>Trenton, Michigan 48183 |
| INVOICE TO | • Chrysler Corporation<br>Chemical Division<br>5437 W. Jefferson Ave.<br>Trenton, Michigan 48183 |

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| F351276  Req. #116392 | | 6-4-70 | 060306 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| CC&C | | Columbus | Columbus | Coll |

16257669                                      33

| PRODUCT & GRADE | | SIZE | |
|---|---|---|---|
| CALIDRIA Asbestos | | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | INVOICE DATE |
| | Net 10th Prox. | | 6-10-70 |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,015 | bags | Resin-Grade | 244 | | | 10,150 lbs. | $0.65 | $6,597.50 |

| CORRESPONDENCE ADDRESS<br>UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P.O. Box K, King City, Calif. 93930 | Please refer to Invoice No.  060306    when mailing remittance to:<br>UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P.O. Box 91156<br>Chicago, Illinois 60690 |
|---|---|

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended on of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



EM 326-7R
(4 PART)
PRINTED IN U.S.A.
7-43

# UNION CARBIDE CORPORATION
## MINING AND METALS DIVISION

COPY OF INVOICE

# 38942324

SHIP TO
Chrysler Corp.
Chemical Division
5437 W. Jefferson Ave.
Trenton, Michigan 48183

INVOICE TO
Chrysler Corp.
Chemical Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| 01-467-443-A  Rel. 10489 | | 10-7-70 | 100606 |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Southern Pacific | Southern 308092 | King City | King City | Coll |

| 16257669 | | | SIZE | 334 |
|---|---|---|---|---|
| PRODUCT & GRADE | CALIDRIA Asbestos | | | |
| TYPE OF PACKAGE | PAYMENT TERMS Net 10th Prox. | | INVOICE DATE 10-12-70 | |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,820 bags | Resin Grade | 244 | | 18,200 lbs. | $0.64 | $11,648.00 |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
**P.O. Box 'K', King City, Calif. 93930**

Please refer to Invoice No. **100606**    when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
**P.O. Box 91136
Chicago, Illinois 60690**

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

C R E D I T   M E M O  **3894232**

SHIP TO

Same

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| 01 467443 - Rel. #1555 | | 3-26-71 | 022407 CM |
| ORIG. CARRIER Southern Pacific | INITIAL CAR NO. | SHIPPED FROM King City | F.O.B. King City   PPD/COLL PPD |

INVOICE TO

Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48184

| PRODUCT CODE 16857660 | | | SIZE |
|---|---|---|---|
| TYPE OF PACKAGE | CALIDRIA Asbestos | | INVOICE DATE |
| S.P. NO. | B.P. NO. HH | ACCT. NO. | COPIES | REQ. NO. 30-71 |

P/C 653001

| SHIPPERS LOT NO. | GROSS | TARE | NET | ANALYSIS | POUNDS/CONTAINERS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Billed as: | | | | | | | |
| 1,820 bags | Resin Grade | 244 | | | 18,200 lbs. | $0.65 | $11,830.00 |
| Should be: | | | | | | | |
| 1,820 bags | Resin Grade | 244 | | | 18,200 lbs. | $0.64 | $11,648.00 |
| | | | | | | Credit Due | $182.00 |
| | Per JLM 4-26-71 | | | | | | |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION

P. O. Box 'K', King City, Calif. 93930

Please refer to Invoice No. 022407 CM   when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION

C R E D I T   M E M O

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

**COPY OF INVOICE**

# 38942324

| SHIP TO | CUSTOMER ORDER NO. OR DATE | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| Chrysler Corp., Chem. Div. 5437 W. Jefferson Ave. Trenton, Michigan 48183 | CI-467443-A  Rel. #12277 | 6-9-71 | 060702 | |
| | ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| | Southern Pacific | SP 223030 | King City | King City | PPD |

| INVOICE TO | 16257669 | | | | | 33% |
|---|---|---|---|---|---|---|
| Chrysler Corp., Chem. Div. 5437 W. Jefferson Ave. Trenton, Michigan 48183 | PRODUCT & GRADE  CALIDRIA Asbestos | | | SIZE | | |
| | TYPE OF PACKAGE | PAYMENT TERMS  Net 10th Prox. | | | INVOICE DATE  6-11-71 | |
| | S.P. NO.  P/C 653001 | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. | |

| SHIPPING QUANTITY | GROSS | TARE | NET | ANALYSIS | POUNDS/CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1,820 bags | Resin Grade 244 | | | | 18,200 lbs. | $0.64 | $11,648.00 |

| CORRESPONDENCE ADDRESS | Please refer to Invoice No. 060702 when mailing remittance to: |
|---|---|
| UNION CARBIDE CORPORATION, MINING AND METALS DIVISION  P. O. Box 'K', King City, Calif. 93930 | UNION CARBIDE CORPORATION, MINING AND METALS DIVISION  P. O. Box 91136  Chicago, Illinois 60690 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



LM 236-238
(6 PART)
PRINTED IN U.S.A.
7-65



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

# 38942324

| | |
|---|---|
| SHIP TO | |
| Chrysler Corp. Chem. Div.<br>5437 W. Jefferson Ave.<br>Trenton, Michigan 48183 | |

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| #01667443-A  Rel. #15280 | | 5-17-72 | 18051601 |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Wyandotte Cartage | | Livonia | Livonia | Coll |

| | |
|---|---|
| INVOICE TO | |
| Chrysler Corp., Chem. Div.<br>5437 W. Jefferson Ave.<br>Trenton, Michigan 48183 | |

| 6257669 | | J. E. Nixon-Southfield |
|---|---|---|
| PRODUCT & GRADE | | SIZE |
| CALIDRIA Asbestos | | |
| TYPE OF PACKAGE | PAYMENT TERMS | INVOICE DATE |
| | Net 30 | 5-22-72 |
| S.P. NO. | B.P. NO. | ACCT. NO. | COPIES | REQ. NO. |
| P/C 65001 | | | | |

| SHIPPER'S<br>LOT NO. | GROSS | TARE | NET | ANALYSIS % | POUNDS CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 630 bags | Resin Grade | 244 | | | 6,300 lbs. | $0.65 | $4,095.00 |

Invoice price is in compliance with Executive Order #11627 dated 10/15/71.

| CORRESPONDENCE ADDRESS | Please refer to Invoice No. 18051601 when mailing remittance to: |
|---|---|
| UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P. O. Box K<br>King City, Calif. 93930 | UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P. O. Box 91136<br>Chicago, Illinois 60690 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

(w)

EM 776-XX
(6 PART)
PRINTED IN U.S.A.
REV 2-70

 **UNION CARBIDE CORPORATION**
Mining & Metals Division

COPY OF INVOICE

## 38942324

SHIP TO  Chrysler Corp., Chemical Div.
Same

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| 01467443-A  Rel. #16102 | | 8-18-72 | 18081601 |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Wyandotte Cartage | | Livonia | Livonia | Coll |

16257669

J. E. Ning-Southfield

INVOICE TO  Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| PRODUCT & GRADE | CALIDRIA Asbestos | | SIZE |
|---|---|---|---|
| TYPE OF PACKAGE | | PAYMENT TERMS  Net 30 | INVOICE DATE  8-23-72 |
| S.P. NO.  P/C 653001 | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |

| 630 | bags | Resin Grade 244 | | 6,300 lbs. | $0.69 | $4,347.00 |
|---|---|---|---|---|---|---|

Invoice price is in compliance with Executive Order #11627 dated 10/15/71.

18081601

CORRESPONDENCE ADDRESS - Mining & Metals Div.
UNION CARBIDE CORPORATION
XXXXXXXXXXXXXXXX
MARIETTA, OHIO 45750
P. O. Box K
King City, Ca. 93930

Please refer to Invoice No.  when mailing remittance to:
UNION CARBIDE CORPORATION - Mining & Metals Div.
P. O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and
of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.





**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

Calidria, ASBESTOS

**38942324** Livonia, MI

| | | |
|---|---|---|
| INVOICE NO. | KC 02740 | SHIPPED FROM  Same |
| INVOICE DATE | 8-14-73 | PPD/COL  Collect |
| CUST. ORD. NO. | 01-467445-A Rel. #9313 | DATE TO SHIP  8-13-73 |
| DATE ENTERED | 8-10-73 | DATE SHIPPED  8-14-73 |
| TERMS | Net 30 | CARRIER  Whse Truck |
| ACC. CODE | 16257669 | CAR NO |
| SALESMAN | TDF 44 | RQ  50127 |

SHIP TO: * Same

INVOICE TO: * Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 595 | Resin Grade 244  (P/C 653001) | 5,950 | $0.69 | $4,105.50 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

18061002

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS BELOW.

**UNION CARBIDE CORPORATION**

☐ P O BOX 2245 CUSTOM HOUSE POST OFFICE SAN FRANCISCO  94126
☐ P O BOX 91136 CHICAGO ILL 60690
☐ P O BOX 4115 CHURCH ST STATION NEW YORK NEW YORK 10008

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

**FILE COPY**



**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P. O. Box K
King City, CA 93930



| | | | |
|---|---|---|---|
| INVOICE NO. | **13060102** | FOB | **Cleveland, OH** |
| INVOICE DATE | **6-19-73** | SHIPPED FROM | **Same** |
| CUST ORD NO. | **18689** | PPD/COL. | **Collect** |
| DATE ENTERED | **6-1-73** | DATE TO SHIP | **6-5-73** |
| TERMS | **Net 30** | DATE SHIPPED | **6-4-73** |
| ACC. CODE | **16257669** | CARRIER | **Associated** |
| SALESMAN | **TPH** | CAR NO | |

S
H
I
P

T
O

* **Same**

I
N
V
O
I
C
E

T
O

* **Chrysler Corp.- Chem Div.**
**5437 W. Jefferson Ave.**
**Trenton, MI 48183**

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|---|
| 630 | **Resin Grade 244   (P/C 653001)** | | **6,300** | **$0.69** | **$4,347.00** |

"UCC is in compliance with the Economic
Stabilization Act of 1970, as amended,
and with regulations issued pursuant thereto."

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

**FILE COPY**

COD

**UNION CARBIDE**

**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P. O. Box K
King City, Calif. 93930

38942324
*Calidria* ASBESTOS

| | |
|---|---|
| INVOICE NO. **18011102** | FOB **Livonia, Mich.** |
| INVOICE DATE **1-23-73** | SHIPPED FROM **Same** |
| CUST. ORD. NO. **01-467443** | PPD/COL **Collect** |
| **Rel. #1758** | |
| DATE ENTERED **1-11-73** | DATE TO SHIP **1-12-73** |
| TERMS **Net 30** | DATE SHIPPED **1-12-73** |
| ACC. CODE **16257669** | CARRIER **Wyandotte Cartage** |
| SALESMAN **J. E. Winn** | CAR NO |
| **Southfield** | |

SHIP TO: * **Same**

INVOICE TO: * **Chrysler Corp., Chem. Div.**
**5437 W. Jefferson Ave.**
**Trenton, Mich. 48183**

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE - LB | AMOUNT |
|---|---|---|---|---|
| **630** | **Resin Grade 244  (P/C 653001)** | **6,300** | **$0.69** | **$4,347.00** |
| | **Invoice price is in compliance with Executive Order #11627 dated 10/15/71.** | | | |

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS BELOW.

UNION CARBIDE CORPORATION

GENTLEMEN:
THANK YOU FOR THIS ORDER
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON THE REVERSE SIDE HEREOF

FILE COPY



UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324

| | | |
|---|---|---|
| INVOICE NO. **MM 055300** | | SHIPPED FROM **Home** |
| INVOICE DATE **7-12-74** | | PPD/COL **Collect** |
| CUST ORD NO **01A67443-A** | | DATE TO SHIP **7-10-74** |
| **Bal. #21507** | | |
| DATE ENTERED **7-9-74** | | DATE SHIPPED **7-10-74** |
| TERMS **Net 30** | | CARRIER **Warehouse Truck** |
| ACC CODE **16257669** | | CAR NO |
| SALESMAN **SHN 44** | | RQ **50127** |

SHIP TO: * Same

INVOICE TO: * Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 595 | Resin Grade 244  (P/C 653001) | 5,950 | $0.76 | $4,522.00 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

18070901

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE  SAN FRANCISCO CA 94126
☒ P.O. BOX 91136 CHICAGO ILL 60690
☐ P.O. BOX 4115 CHURCH ST STATION  NEW YORK  NEW YORK 10008

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY





**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324 FOB King City, CA

| | | | | |
|---|---|---|---|---|
| INVOICE NO. | MJ 337200 | | SHIPPED FROM | Same |
| INVOICE DATE | 12-30-75 | | PPD/COL. | Collect |
| CUST. ORD. NO. | 01-467-443-G | | DATE TO SHIP | 12-29-75 |
| Release No. 24245 | | | | |
| DATE ENTERED | 12-23-75 | | DATE SHIPPED | 12-30-75 |
| TERMS | Net 30 | | CARRIER | Southern Pacific |
| ACC. CODE | 16257669 | | CAR NO. | SP-232294 |
| SALESMAN | EJK 47 | | RQ | 50127 |

SHIP TO

Same

INVOICE TO

*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB. | AMOUNT |
|---|---|---|---|---|
| 1,680 | RG-244  (P/C 653001)  (Code #T-1423) | 16,800 | $0.76 | $12,768.00 |

11122305

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.
**UNION CARBIDE CORPORATION**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
P.O. BOX 9136, CHICAGO, ILL. 60690
P.O. BOX 4115 CHURCH ST STATION, NEW YORK, NEW YORK 10008

**FILE COPY**





**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930



**38942324**

| | | | |
|---|---|---|---|
| INVOICE NO. | MU 302400 | FOB | King City, CA |
| INVOICE DATE | 10-13-75 | SHIPPED FROM | Same |
| | | PPD/COL. | Collect |
| CUST. ORD. NO. | 01-4674430 | DATE TO SHIP | 10-13-75 |
| Release No. | 23948 | | |
| DATE ENTERED | 10-13-75 | DATE SHIPPED | 10-13-75 |
| TERMS | Net 30 | CARRIER | Southern Pacific |
| ACC. CODE | 16257669 | CAR NO | SP 203298 |
| SALESMAN | RJK 47 | RQ | 50127 |

S H I P  T O
* Same

I N V O I C E  T O
* Chrysler Cor.
Chem. Division
5437 W. Jefferson Ave.
Trenton, MI   48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB. | AMOUNT |
|---|---|---|---|---|
| FOLD | | | | FOLD |
| 1,630 | RG-244   (P/C 653001) | 16,800 | $.68 | $11,424.00 |

**11101301**

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS BELOW.
**UNION CARBIDE CORPORATION**

☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE  SAN  FRANCISCO CA. 94126
☒ P.O. BOX 9136, CHICAGO, ILL 60670
☐ P.O. BOX 4115 CHURCH ST. STATION, NEW YORK, NEW YORK 10008

**FILE COPY**

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P O BOX K
KING CITY, CALIF 939

**38942324**

*Calidria* ASBESTOS

FOB    King City, CA

| | |
|---|---|
| INVOICE NO. | MS 168200 |
| INVOICE DATE | 1-24-75 |
| CUST ORD NO | 01-467452 |
| | Release No. 2288 |
| DATE ENTERED | 1-23-75 |
| TERMS | Net 30 |
| ACC CODE | 16257669 |
| SALESMAN | TPK 44 |

| | |
|---|---|
| SHIPPED FROM | Same |
| PPD/COL. | Collect |
| DATE TO SHIP | 1-23-75 |
| DATE SHIPPED | 1-23-75 |
| CARRIER | Southern Pacific |
| CAR NO | SP-251527 |
| RQ | 50127 |

SHIP TO    * Same

INVOICE TO    *Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE LB | AMOUNT |
|---|---|---|---|---|
| 1,820 | Resin Grade 244  (P/O 653001) | 18,200 | $0.60 | $10,920.00 |

11012303

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE
☒ P.O. BOX 9136, CHICAGO, ILL 60690
☐ P.O. BOX 4115 CHURCH ST. STATION, NEW YORK, NEW YORK 10003

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY



**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324    FOB    King City, CA

| | | |
|---|---|---|
| INVOICE NO. | AU 422200 | SHIPPED FROM | Same |
| INVOICE DATE | 8-12-76 | PPD/COL. | Collect |
| CUST. ORD. NO. | 01-467443-G | DATE TO SHIP | 8-12-76 |
| Release No. | 25578 | | |
| DATE ENTERED | 8-10-76 | DATE SHIPPED | 8-12-76 |
| TERMS | Net 30 | CARRIER | Southern Pacif |
| ACC. CODE | 16257669 | CAR NO. | SSW-60261 |
| SALESMAN | EJK 47 | RQ | 50127 |

S H I P   T O    *Same*

I N V O I C E   T O
*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, Michigan 48183*

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 1,920 | RG-244  (P/C 653001)  (Part #F-1423) | 19,200 | $.76 | $14,592.00 |

FOLD

11081003

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS ✓ BELOW.
**UNION CARBIDE CORPORATION**

☐ P O BOX 9  35, CHICAGO ILL 60610
☒ P O BOX 4115 CHURCH ST. STATION  NEW YORK  NEW YORK 10013

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

**FILE COPY**



**UNION CARBIDE CORPORATION**
**METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324

| | | | | |
|---|---|---|---|---|
| | | | FOB | **King City, CA** |
| INVOICE NO. | **AU 500600** | | SHIPPED FROM | **Same** |
| INVOICE DATE | **4-14-77** | | PPD/COL. | **Collect** |
| CUST. ORD. NO. | **01-467443-0** | | DATE TO SHIP | **4-13-77** |
| | **Release No.27671** | | | |
| DATE ENTERED | **4-11-77** | | DATE SHIPPED | **4-14-77** |
| TERMS | **Net 30** | | CARRIER | **Southern Pacific** |
| ACC. CODE | **16257669** | | CAR NO | **SP-222069** |
| SALESMAN | **EJK 47** | | RQ | **50127** |

SHIP TO     * Same

INVOICE TO

* **Chrysler Corporation**
**Chemical Division**
**5437 W. Jefferson Avenue**
**Trenton, MI 48183**

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE. LB | AMOUNT |
|---|---|---|---|---|
| 1,920 | RG-244  (P/C 653001)  (Part #F-1423) | 19,200 | $.88 | $16,896.00 |

11041107

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS ✓ BELOW.

**UNION CARBIDE CORPORATION**

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

☒ P.O BOX 91136, CHICAGO ILL. XXXX 60693
☐ P.O. BOX 4115 CHURCH ST. STATION, NEW YORK, NEW YORK  XXX 102

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

**FILE COPY**

**UNION CARBIDE CORPORATION**
**METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324

**OB  King City, CA**

| | |
|---|---|
| INVOICE NO. | AU 528000 |
| INVOICE DATE | 6-24-77 |
| CUST. ORD. NO. | 01-4674430 |
| Release No. | 28120 |
| DATE ENTERED | 6-23-77 |
| TERMS | Net 30 |
| ACC CODE | 16257669 |
| SALESMAN | RJK 47 |

| | |
|---|---|
| SHIPPED FROM | Same |
| PPD/COL. | Collect |
| DATE TO SHIP | 6-24-77 |
| DATE SHIPPED | 6-24-77 |
| CARRIER | Southern Pacif: |
| CAR NO | SP-240293 |
| RQ | 50127 |

SHIP TO
*Same

INVOICE TO
*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 2,000 | RG-244  (P/C 653001)  (Part #7-1423) | 20,000 | $.88 | $17,600.00 |

FOLD

11062303

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

**UNION CARBIDE CORPORATION**

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

☒ P.O. BOX 91136, CHICAGO, ILL XXXX 60693
☐ P.O. BOX 4115 CHURCH ST. STATION, NEW YORK, NEW YORK XXXX 100

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY

FOB **King City, C**

| | | |
|---|---|---|
| INVOICE NO. | **AU 642400** | SHIPPED FROM **Same** |
| INVOICE DATE | **6-1-78** | PPD/COL. **Collect** |
| CUST. ORDER NO. | **#08-467549-B** | DATE TO SHIP **6-1-78** |
| Rel. | **#1700** | |
| DATE ENTERED | **6-1-78** | DATE SHIPPED **6-1-78** |
| TERMS | **Net-30** | CARRIER **SP** |
| ACC. CODE | **16257669** | CAR NO. **#SP-225680** |
| SALESMAN | **EJK 47** | RQ **50127** |

**Same**

**Chrysler Corp. Chem. Div.**
**5437 W. Jefferson Ave.**
**Trenton, Mich. 48183**

| | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|
| 1840    BG-244    (653001) | 18,400 | $.95 | $17,480.00 |

11060103

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS BELOW.

X

FILE COPY

King City, CA

| | | | |
|---|---|---|---|
| INVOICE NO. | AU 695200 | SHIPPED FROM | Same |
| INVOICE DATE | 9-27-78 | PREPAID/COL | Collect |
| CUST ORD NO | #6887 | DATE TO SHIP | 9-27-78 |
| DATE ENTERED | 9-26-78 | DATE SHIPPED | 9-27-78 |
| TERMS | Net-30 | CARRIER | SP |
| ACC CODE | 30283287 | CAR NO. | #SP-224549 |
| SALESMAN | EJK 47 | P.O. | 51372 |

Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton,    MI 48183

A. T. Callas Company
2300 W. Big Beaver Road
Troy, MI 48084

| | | | QUANTITY REC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1,760 | HG-244 | 653001 | 17,600 | $1.00 | $17,600.00 |
| | | | | less 5 % | 880.00 |
| | | | | | $16,720.00 |

11092605

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE SEND REMITTANCE TO ADDRESS BELOW.

x

FILE COPY