USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8 | 8 | 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Moses Sherman, et ano,

                    Plaintiffs,

        -v-

A.J. Pegno Construction Corporation, et
al,

                    Defendants.

---

Case No. 07-CV- 6433 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

The Plaintiffs' motion to remand filed on August 1, 2007 is denied without prejudice

for failure to comply with the Court's individual practices and the Local Rules of this District.

The Clerk of the Court is directed to terminate the motion docketed as document #4.

SO ORDERED.

Dated:        August 6 , 2007
              New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE