UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Moses Sherman, et ano,**
                **Plaintiffs,**

-v-

**A.J. Pegno Construction Corporation, et al,**
                **Defendants.**

---

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Case No. 07-CV- 6433 (KMK)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      This case has been reassigned to my docket. The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on September 19, 2007 at 2:30pm in the United States Courthouse for the Southern District of New York, Courtroom 21D-500 Pearl Street, New York, New York.

      The Defendants are hereby directed to respond to the Plaintiffs' letter dated August 8, 2007, not later than September 14, 2007.

      Plaintiffs' counsel shall notify all parties.

SO ORDERED.

Dated:    September ___, 2007
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE