UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSES SHERMAN, *et al.*,

                   Plaintiffs

  -v-

A.J. PEGNO CONSTRUCTION CORP., *et al.*,

                   Defendants.

07-CV-6433 (RJS)

MOTION SCHEDULING ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9\20\07

RICHARD J. SULLIVAN, District Judge:

     At the pre-motion conference held before the Court on September 19, 2007, regarding plaintiffs' motion to remand the above-entitled action to New York Supreme Court, County of New York, the Court adopted the following briefing schedule:

     Plaintiffs' moving papers shall be submitted by September 26, 2007.

     Defendant's opposition papers shall be submitted by October 5, 2007.

     Plaintiffs' reply papers shall be submitted by October 12, 2007.

     The Court will schedule oral argument regarding the proposed motion at a later date, if necessary.

SO ORDERED.

Dated:    New York, New York
           September 19 2007

                                           RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE