UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MOSES SHERMAN and LEOLA SHERMAN,

                Plaintiffs,

- against -

A.J. PEGNO CONSTRUCTION CORP., et al.,

                Defendants.

-----------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF MOTION TO REMAND**

Case No. 07 CV 6433 (RJS)

      PLEASE TAKE NOTICE that upon Plaintiffs' Memorandum of Law In Support of Their Motion To Remand the Case To State Court, and Plaintiffs' Affirmation In Support of Their Motion To Remand, and the previous pleadings and papers in this case, Plaintiffs Moses Sherman and Leola Sherman, by their attorneys, Weitz & Luxenberg, P.C., will move this Court before the Honorable Richard J. Sullivan, at the United States Courthouse, 500 Pearl Street, New York, New York, <u>on a date and at a time to be designated by the Court,</u> pursuant to 28 U.S.C. §1447, to remand this case to New York Supreme Court, County of New York, to award Plaintiffs their costs and expenses incurred in opposing Defendants General Motors Corporation's and Ford Motor Company's removal of this case, and for such other relief as the Court deems just and proper;

      PLEASE TAKE FURTHER NOTICE that any papers in opposition to this motion shall be served and filed by October 5, 2007; and

PLEASE TAKE FURTHER NOTICE that any papers in reply to this motion shall be served and filed by October 12, 2007.

Dated: New York, N.Y.
September 26, 2007

                            **WEITZ & LUXENBERG, P.C.**
                            Attorneys for Plaintiffs
                            180 Maiden Lane, 17th Fl.
                            New York, N.Y. 10038

By: _____
     Stephen J. Riegel (SR-8832)
     (212) 558-5500

TO:

Jay A. Rappaport, Esq.
AARONSON RAPPAPORT FEINSTEIN &
   DEUTSCH, LLP
Attorneys for Defendant Ford Motor Company and
   General Motors Corporation
757 Third Avenue
New York, N.Y. 10017

Don Pugliese, Esq.
MCDERMOTT, WILL & EMERY
Attorneys for Defendant Honeywell International, Inc.
   f/k/a Allied Signal, Inc./Bendix
340 Madison Avenue
New York, N.Y. 10173-1922

Judith Yavitz, Esq.
ANDERSON, KILL & OLICK, P.C.
Attorneys for Amchem Products, Inc., n/k/a Rhone
   Poulene AG Co., n/k/a Bayer CropScience, Inc.,
   Certainteed Corp. and Union Carbide Corp.
1251 Avenue of the Americas
New York, N.Y. 10020