UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOSES SHERMAN and LEOLA SHERMAN,     :     Case No. 07 CV 6433 (RJS)
                                     :
                    Plaintiffs,      :
                                     :
        - against -                   :
                                     :
A.J. PEGNO CONSTRUCTION CORP., et al.,:
                                     :
                    Defendants.      :
------------------------------------------------------------------X

STATE OF NEW YORK  )
                   : ss.
COUNTY OF NEW YORK)

BARBARA PARENTE, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

On September 26, 2007, deponent caused the attached **PLAINTIFFS' NOTICE OF MOTION TO REMAND, PLAINTIFFS' AFFIRMATION IN SUPPORT OF THEIR MOTION TO REMAND, and PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO REMAND**, to be served upon:

**SEE ATTACHED RIDER**

in this action, at the addresses designated by said attorneys for that purpose via FEDERAL EXPRESS for next business day delivery on September 27, 2007.

_____
BARBARA PARENTE

Sworn to before me this
26th day of September,

_____
Notary Public

RICHARD CABO JR
Notary Public, State of New York
No. 01CA6065452
Qualified in Kings County
Commission Expires 10/22/2009

# Moses Sherman Service Rider

MARK FEINSTEIN, ESQ.
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 THIRD AVENUE
NEW YORK, NY 10017
PHONE # (212) 593-6700
FAX # (212) 593-6970
**COUNSEL FOR FORD MOTOR CO., AND GENERAL MOTORS CORP.**

DONALD PUGLIESE, ESQ.
McDERMOTT, WILL & EMERY
340 MADISON AVENUE
NEW YORK, NY 10020
PHONE # (212) 547-5400
FAX # (212) 547-5444
**COUNSEL FOR HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC. / BENDIX**

JUDITH YAVITZ, ESQ.
ANDERSON, KILL, OLICK & OSHINSKY
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1000
PHONE # (212) 278-1000
FAX # (212) 278-1733
**COUNSEL FOR AMCHEM PRODUCTS, INC. n/k/a RHONE POULENC AG CO., n/k/a BAYER CROPSCIENCE INC., and UNION CARBIDE CORP.**