**EXHIBIT 2**

UNION CARBIDE CORPORATION

COMPANY & MAILING ADDRESS
CHRYSLER CORP. CHEM. DIV.
5437 W. JEFFERSON AVE.
TRENTON, MICH 48183

SHIP TO ADDRESS: SAME

SALES REGION: 576660   NO. 334

SALESMAN NUMBER: (16257669) R&S0147

SALESMAN: ETK-47

PROD. RG 244

Tax Exemption Cert. Dated — 2-7-75
RG 19.178
0010207
RR 1.25.71
Sumen Acc# A10
Sumen Acc# A10-PC
213-671-4948

ASB.

162.5766.9
CHRYSLER CORP. CHEM DIV.
4537 W. JEFFERSON AVE.
TRENTON, N.J. 48183

TERMS ARE: CREDIT

5/4/72

| | | MONTH OF LAST ORDER IN 1971 | | | MONTH OF LAST ORDER IN 1970 | | |
|---|---|---|---|---|---|---|---|
| | CURRENT MONTH | | | YEAR TO DATE | | | |
| DATE | LBS | $ VALUE | FROM | LBS | $ VALUE | | |
| 7/16/69 | 90 | 64.55 | Detroit | 190 | 134.05 | | |
| 10/7/69 | 100 | 69.50 | | 290 | 201.55 | | |
| 10/20/69 | 350 | 231.00 | | 640 | 434.55 | | |
| 9/5/69 | 350 | 243.25 | | 990 | 675.80 | | |
| 1/8/70 | 4000 | 1340.00 | Clove | 4000 | 2750.00 | | |
| 4/3/70 | 4000 | 1430.00 | Detroit | 6000 | 4180.00 | | |
| 4/4/70 | 10150 | 6597.50 | Lou | 16150 | 10777.50 | | |
| 7/15/70 | 10150 | 6597.50 | Detroit | 26300 | 17375.00 | | |
| 4/1/70 | 10150 | 6597.50 | | 36450 | 23,947.50 | | |
| 4/16/70 | 18700 | 11648.00 | KC | 54650 | 35,640.50 | | |
| 4/14/70 | 18700 | 11648.00 | | 77850 | 49,768.50 | | |
| 7/6/71 | 18700 | 11890.00 | KC | | | | |
| 4/30/71 | 18700 | 187.00 | | 18700 | 11648.00 | | |
| 4/8/71 | 18700 | 11648.00 | | 36400 | 23,296.00 | | |
| 9.27.71 | 5950 | 386.750 | Detroit | 42350 | 27,163.50 | | |
| 4/4/71 | 5950 | 386.750 | | 48300 | 31,032.00 | | |
| 4/18/71 | 5950 | 3867.50 | | 54250 | 34,878.50 | | |
| 4/9/71 | 5950 | 3867.50 | | 60250 | 38,766.00 | | |
| 7/1/71 | 5450 | 3867.50 | Livonia | 66150 | 42,633.50 | | |
| 4/4/71 | 6300 | 4095.00 | | 14250 | 796.50 | | |
| 4/4/71 | 6300 | 4095.00 | | 18550 | 1,057.50 | | |
| 4/20/71 | 6300 | 4095.00 | | 24850 | 16,157.50 | | |
| 4/6/71 | 6300 | 4095.00 | | 31150 | 20,247.50 | | |
| 4/11/71 | 6300 | 4347.00 | | 37450 | 24,341.50 | | |
| 8/10/71 | 6300 | 4347.00 | | 43750 | 28,689.50 | | |
| 4/31/71 | 6300 | 4347.00 | | 50050 | 33,036.50 | | |
| 4/10/71 | 6300 | 4347.00 | | 57650 | 37,383.50 | | |
| | 6300 | 4347.00 | | 64650 | 41,730.50 | | |
| | | | | 18950 | 46,077.50 | | |

RECORD OF CALLS AND OTHER INFORMATION

PRODUCT (S) **50/27**

**313-676-3200**

**COMPANY & MAILING ADDRESS**
Chrysler Corp. Chem. Div.
5437 W. Jefferson Avenue
Trenton, Mich. 48183

**SHIP TO ADDRESS**  Same

SALESMAN J.E.Virr    NO. 3    REGION Cr

P.A. _____  OTHER CONTACTS

PROD R-244   MARKET AREA _____

UNION CARBIDE CORPORATION

| REGION | | | SALESMAN NUMBER | | | CALIFORNIA SALESMEN |
|---|---|---|---|---|---|---|

**SALES ORDERS SHIPPED AND INVOICED**

| DATE | CURRENT MONTH | | FROM | YEAR TO DATE | |
|---|---|---|---|---|---|
| | LBS. | $ VALUE | | LBS. | $ VALUE |
| 1969 | 920 | 676 | | | |
| 1970 | 63,850 | 42,269 | | | |
| 1971 | 66,150 | 42,633 | | | |
| 1-19-72 | 5,850 | 3,868 | LIV | 18,550 | 12,058 |
| 3-72 | 12,600 | 8,190 | 1 | 24,850 | 16,153 |
| 4-27-72 | 6,300 | 4085 | 1 | 24,850 | 20,298 |
| 5-24-72 | 6,300 | 4085 | 1 | 31,150 | 24,343 |
| 6-9-72 | 6,300 | 4347 | 1 | 37,450 | 28,690 |
| 7-13-72 | 6,300 | 4347 | 1 | 43,750 | 33,037 |
| 8-23-72 | 6,300 | 4347 | 1 | 50,050 | 37,384 |
| 9-29-72 | 6,300 | 4347 | 1 | 56,350 | 41,731 |
| 10-24-72 | 6,300 | 4347 | v | 62,650 | 46,078 |
| 11-72 | 6,300 | 4347 | 1 | 68,950 | |
| 1-73 | 6,300 | 4347 | 1 | | 8,694 |
| 2-73 | 6,300 | 4347 | 1 | 12,600 | 13,041 |
| 3-73 | 6,300 | 4347 | 1 | 18,900 | 17,388 |
| 4-73 | 6,300 | 4347 | 1 | 25,200 | 21,736 |
| 5-73 | 6,300 | 4347 | CLE | 31,500 | 26,082 |
| 6-73 | 6,300 | 4105 | LW | 37,800 | 30,087 |
| 7-73 | 51,950 | 4105 | | 43,250 | 34,292 |
| 8-73 | 51,950 | 4105 | | 49,700 | 38,397 |
| 9-73 | 53,950 | 4105 | | 55,650 | 42,502 |
| 11-73 | 53,950 | 4105 | | 61,600 | |

**RECORD OF CALLS AND OTHER INFORMATION**

| DATE | |
|---|---|
| | 72 Budget  60M# - 42M$ |
| 6/22 | Short order Spair. delete Co |
| | Part Numbers  F-1423 |
| | 73 Budget  80M# - 54M$ |

SALES BY STATE

**UNION CARBIDE CORPORATION**

REGION | SALESMAN NUMBER | CALIDRIA SALESMEN

COMPANY NAME

SALES ORDERS SHIPPED AND INVOICED

| DATE | CURRENT MONTH LBS. | $ VALUE | FROM | YEAR TO DATE LBS. | $ VALUE |
|---|---|---|---|---|---|
| 1969 | 990 | 676 | | | 6211 |
| 1970 | 12,850 | 47,269 | | | 12,310 |
| 1971 | 66,150 | 42,633 | | | 12,838 |
| 1972 | 68,950 | 46,078 | | | 21,838 |
| 1973 | 61,650 | 43,508 | | | 225,882 |
| 1/74 | 5950 | 4105 | LIV | 11800 | 30,04 |
| 2/74 | 5950 | 4105 | | 17850 | 34,636 |
| 3/74 | 5950 | 4522 | LIV | 238,00 | 39,803 |
| 4-74 | 5950 | 4522 | LIV | 29,750 | 41,986 |
| 6-74 | 5950 | 4522 | | 35,700 | |
| 7-74 | 5950 | 4522 | | 4,650 | |
| 8-74 | 5950 | 4522 | | 47,600 | |
| 9-74 | 5950 | 5177 | | 23,650 | |
| 10-74 | 5950 | 5177 | | 59,506 | |
| 11-74 | 5950 | 5177 | | | |
| 1-75 | 5850 | 5177 | PHt | 34,50 | 16,097 |
| 1-75 | 18,200 | 10,920 | PHt | 42,350 | 27,017 |
| 3-75 | 18,200 | 10,920 | PM | 60,550 | 38,303 |
| 8-75 | 18,200 | 12,376 | BLW | 77,350 | 50,817 |
| 10-75 | 16,800 | 11,484 | | 28,688 | |
| 12-75 | 8,47 | 12,708 | | 47,067 | 63,585 |
| 3-76 | 9,351 | 14,384 | | 10,757 | 7250 |
| 4-76 | 1,47 | 2,851 | | 20,357 | 3,18 |
| 6-76 | 9,67 | 14,593 | | 29,95 | 4,63 |
| 11-76 | 9,6 | 14,896 | | 39,55 | 4,63 |
| 2-77 | 9,6 | 16,876 | | 19,2 | 33,795 |
| 4-77 | 9,6 | 16,896 | | 29,6 | 51,396 |
| 9-77 | 10,0 | 17,600 | | 39,6 | 64 |
| 9-77 | 10,4 | 18,304 | | | |

SALES BY STATE

COMPANY & MAILING ADDRESS

SHIP TO ADDRESS

REGION ___

SALESMAN ___   NO. ___

P.A. ___   PROD. R6-244   OTHER CONTACTS ___

MARKET AREA ___

RECORD OF CALLS AND OTHER INFORMATION

54 m

40 T - BUOG.

| DATE | |
|---|---|
| 4/74 | Hear serious abot |
| 8-74 | " |
| 4-75 | " |
| 11-75 | " |
| 3-76 | Health Info Dept |
| 9/76 | |
| 10/77 | |

PRODUCT (S)

WAREHOUSES: PLT, ATL, CLE, COL, DAL, MAM, MST, K.C., LIV, LAL, MET, STL, TOR.

DATE LAST ORDER

Case 1:07-cv-06433-RJS   Document    Filed 09/26/2007   Page 5 of 23

# UNION CARBIDE CORPORATION

## SALES ORDERS SHIPPED AND INVOICED

| | CURRENT MONTH | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| DATE | LBS | $ VALUE | FROM | | LBS | $ VALUE |
| 8/73 | 1400 | 308 | LIV | | — | 728 |
| 9/73 | 3,800 | 420 | — | | 4200 | 728 |
| 1/74 | 2,800 | 420 | LIV | | — | 1078 |
| 6-74 | 2800 | 658 | — | | 5600 | 2,384 |
| 8-74 | 5600 | 1316 | — | | 11,200 | |
| 5-75 | 5600 | 1658 | LIV | | 8400 | 2,352 |
| 8-75 | 2800 | 784 | LIV | | 14,000 | 3,783 |
| 10-75 | 5600 | 840 | Plt | | 11.2 T | 5090 |
| 10-75 | 4.2 T | 1848 | | | | |
| 3-76 | 2.8 T | 1008 | | | 5.6 T | 2016 |
| 8-76 | 1.4 | 840 | | | 7.0 T | 2856 |
| 11-76 | 2.8 | 1120 | | | 9.8 T | 3936 |
| 2-77 | 2.880 | 1120 | | | 5.60 | 2240 |
| 4-77 | 2.8 | 1120 | | | 7.8 | 2800 |
| 8-77 | 1.8 | 1730 | | | 9.8 | 4732 |
| 11-77 | 2.8 | 2108 | | | 13.10 | 6860 |
| 1-78 | 2.8 | 1232 | | | 3.5 | 1764 |
| 2-78 | .7 | 532 | | | 5.6 | 3360 |
| 5-78 | 2.1 | 1596 | | | 7.7 | 495c |
| 6-78 | 4.2 | 1848 | | | 11.9 | 6804 |
| 10-78 | — | 258 | | | 11.9 | 6354 |

**COMPANY & MAILING ADDRESS**

**SHIP TO ADDRESS**

SALESMAN   TPN

PROD   BK-144

**RECORD OF CALLS AND OTHER INFORMATION**

SALES BY STATE

**WAREHOUSES**

DATE LAST ORDER



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

# 38942324

| | | |
|---|---|---|
| **SHIP TO** · Chrysler Corporation Chemical Division 5437 W. Jefferson Ave. Trenton, Michigan 48183 | | |

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| F351276  Req. #116392 | | 6-4-70 | 060306 |

| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
|---|---|---|---|---|
| CC&C | | Columbus | Columbus | Coll |

**INVOICE TO** · Chrysler Corporation Chemical Division 5437 W. Jefferson Ave. Trenton, Michigan 48183

| 16257669 | | | 33 |
|---|---|---|---|
| PRODUCT & GRADE CALIDRIA Asbestos | | SIZE | |

| TYPE OF PACKAGE | PAYMENT TERMS Net 10th Prox. | | INVOICE DATE 6-10-70 |
|---|---|---|---|

| S.P. NO. P/C 653001 | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,015 | bags | Resin-Grade 244 | | | | 10,150 lbs. | $0.65 | $6,597.50 |

**CORRESPONDENCE ADDRESS**
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P.O. Box K, King City, Calif. 93930

Please refer to Invoice No. 060306    when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P.O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

# 38942324

SHIP TO

Chrysler Corp.
Chemical Division
5437 W. Jefferson Ave.
Trenton, Michigan 48183

INVOICE TO

Chrysler Corp.
Chemical Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| 01-462-443-A  Rel. #10489 | | 10-7-70 | 100606 |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Southern Pacific | Southern 508092 | King City | King City | Coll |

| PRODUCT & GRADE | | SIZE | |
|---|---|---|---|
| 16257660 | | | 324 |
| | CALIDRIA Asbestos | | |
| TYPE OF PACKAGE | PAYMENT TERMS | | INVOICE DATE |
| | Net 10th Prox. | | 10-12-70 |
| S.P. NO. | R.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,820 bags | Resin Grade 244 | | | 18,200 lbs. | $0.64 | $11,648.00 |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P.O. Box 'K', King City, Calif. 93930

Please refer to Invoice No.  100606  when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P.O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended a of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

**CREDIT MEMO** 3894232

SHIP TO

Same

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| OT 467443 Unit Rel #11555 | | 2-26-71 | 022407 CM |
| ORIG. CARRIER | | SHIPPED FROM | F.O.B. HT/COLL |
| Southern Pacific | | King City | King City  PPD |

INVOICE TO

Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48184

| | SIZE |
|---|---|
| 2685766R | |
| TYPE OF PACKAGE  CALIDRIA Asbestos | INVOICE DATE |
| S.P. NO.      B.P. NO.  HB      ACCT. NO.      COPIES      REQ. NO. 30-71 | |
| P/C 655001 | |

| SHIPPERS LOT NO. | GROSS | TARE | NET | ANALYSIS | POUNDS CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Billed as: | | | | | | | |
| 1,820 bags | Resin Grade | 244 | | | 18,200 lbs. | $0.65 | $11,830.00 |
| Should be: | | | | | | | |
| 1,820 bags | Resin Grade | 244 | | | 18,200 lbs. | $0.64 | $11,648.00 |
| | | | | | | Credit Due | $182.00 |
| | Per JLM 4-26-71 | | | | | | |

| CORRESPONDENCE ADDRESS | Please refer to Invoice No.   022407 CM   when mailing remittance to: |
|---|---|
| UNION CARBIDE CORPORATION, MINING AND METALS DIVISION | UNION CARBIDE CORPORATION, MINING AND METALS DIVISION |
| P. O. Box 'K', King City, Calif. 93930 | **CREDIT MEMO** |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act, as amended a of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.



**UNION CARBIDE CORPORATION**

MINING AND METALS DIVISION

COPY OF INVOICE

# 38942324

SHIP TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| QI-467443-A Rel. #12277 | | 6-9-71 | 060702 |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Southern Pacific SP 223030 | | King City | King City | PPD |

INVOICE TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| 16297669 | | | 53 |
|---|---|---|---|
| PRODUCT & GRADE | CALIDRIA Asbestos | SIZE | |
| TYPE OF PACKAGE | PAYMENT TERMS Net 10th Prox. | | INVOICE DATE 6-11-71 |
| S.P. NO. P/C 653001 | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |

| SHIPPING CONTAINER | | GROSS | TARE | NET | ANALYSIS | POUNDS CONTAINED | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1,820 | bags | Resin Grade | 244 | | | 18,200 lbs. | $0.64 | $11,648.00 |

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box 'K', King City, Calif. 93930

Please refer to Invoice No. 060702 when mailing remittance to:
UNION CARBIDE CORPORATION, MINING AND METALS DIVISION
P. O. Box 91136
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.





EM 306-XXX
(6 PART)
PRINTED IN U.S.A.
7-63

## UNION CARBIDE CORPORATION
### MINING AND METALS DIVISION

COPY OF INVOICE

# 38942324

SHIP TO
Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

INVOICE TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. | |
|---|---|---|---|---|
| #01467443-A  Rel. #15280 | | 5-17-72 | 18051601 | |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Wyandotte Cartage | | Livonia | Livonia | Coll |

| PRODUCT & GRADE | | SIZE |
|---|---|---|
| 6257669 | | J. E. Winn-Southfield |
| | CALIDRIA Asbestos | |
| TYPE OF PACKAGE | PAYMENT TERMS | INVOICE DATE |
| | Net 30 | 5-22-72 |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| SHIPPED<br>TOTAL NO. | GROSS | TARE | METAL | ANALYSIS % | POUNDS CONTAINED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 630 bags | Resin Grade | 244 | | | 6,300 lbs. | $0.65 | $4,095.00 |

Invoice price is in compliance with Executive Order #11627 dated 10/15/71.

| | |
|---|---|
| CORRESPONDENCE ADDRESS<br>UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P. O. Box K<br>King City, Calif. 93930 | Please refer to Invoice No. 18051601    when mailing remittance to:<br>UNION CARBIDE CORPORATION, MINING AND METALS DIVISION<br>P. O. Box 91136<br>Chicago, Illinois 60690 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

ʕᵂᴰ



EM 336-XM
(4 PART)
PRINTED IN U.S.A
REV 2-70

**UNION CARBIDE CORPORATION**
**Mining & Metals Division**

COPY OF INVOICE

# 38942324

SHIP TO
Chrysler Corp., Chemical Div.
Same

INVOICE TO
Chrysler Corp., Chem. Div.
5437 W. Jefferson Ave.
Trenton, Michigan 48183

| CUSTOMER ORDER NO. OR DATE | | DATE SHIPPED | INVOICE NO. |
|---|---|---|---|
| 01467443-A  Rel. #16102 | | 8-18-72 | 18081601 |
| ORIG. CARRIER | INITIALS & CAR NO. | SHIPPED FROM | F.O.B. | PPD/COLL |
| Wyandotte Cartage | | Livonia | Livonia | Coll |

16257669                                              J. E. Nimm-Southfiel

| PRODUCT & GRADE | | SIZE |
|---|---|---|
| CALIDRIA Asbestos | | |
| TYPE OF PACKAGE | PAYMENT TERMS | INVOICE DATE |
| | Net 30 | 8-23-72 |
| S.P. NO. | B.P. NO. | ACCT. MO. | COPIES | REQ. NO. |
| P/C 653001 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 630 bags | Resin Grade 244 | | | 6,300 lbs. | $0.69 | $4,347.00 |

Invoice price is in compliance with Executive Order #11627 dated 10/15/71.

18081601

CORRESPONDENCE ADDRESS
UNION CARBIDE CORPORATION — Mining & Metals Div.
MARIETTA, OHIO 45750    P. O. Box K
King City, Ca. 93930

Please refer to Invoice No.
UNION CARBIDE CORPORATION — Mining & Metals Div.
P. O. Box 91136     when mailing remittance to:
Chicago, Illinois 60690

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended or of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof





**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

# 3894232Y Livonia, MI

| | | | |
|---|---|---|---|
| INVOICE NO. | KC 0240 | SHIPPED FROM | Same |
| INVOICE DATE | 8-14-73 | PPD/COL | Collect |
| CUST. ORD. NO. | CL-46443-A Rel. #9513 | DATE TO SHIP | 8-13-73 |
| DATE ENTERED | 8-10-73 | DATE SHIPPED | 8-14-73 |
| TERMS | Net 30 | CARRIER | Whse Truck |
| ACC. CODE | 16257669 | CAR NO | |
| SALESMAN | TWS 44 | RQ | 50127 |

SHIP TO: • Same

INVOICE TO: • Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 595 | Resin Grade 244 (P/C 653001) | 5,950 | $0.69 | $4,105.50 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

FOLD

18061002

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

**UNION CARBIDE CORPORATION**

☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE SAN FRANCISCO CALIF 94126
☑ P.O. BOX 91136 CHICAGO ILL 60690
☐ P.O. BOX 2115 CHURCH ST. STATION NEW YORK NEW YORK 10008

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY



**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P. O. Box X
King City, CA 93930



| | |
|---|---|
| INVOICE NO. | 13060002 |
| INVOICE DATE | 6-19-73 |
| CUST. ORD NO. | 18689 |
| DATE ENTERED | 6-1-73 |
| TERMS | Net 30 |
| ACC. CODE | 16257669 |
| SALESMAN | TFK |

| | |
|---|---|
| FOB | Cleveland, OH |
| SHIPPED FROM | Same |
| PPD/COL. | Collect |
| DATE TO SHIP | 6-5-73 |
| DATE SHIPPED | 6-4-73 |
| CARRIER | Associated |
| CAR NO | |

SHIP TO
* Same

INVOICE TO
* Chrysler Corp. - Chem Div.
7437 W. Jefferson Ave.
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 650 | Resin Grade 244   (P/C 655001) | 6,300 | $0.69 | $4,347.00 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS BELOW.

UNION CARBIDE CORPORATION

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

FILE COPY

COD



**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P. O. Box X
King City, Calif. 93930



38942324
Calidria ASBESTOS

| | | | | |
|---|---|---|---|---|
| INVOICE NO. | 18011101 | | FOB | Livonia, Mich. |
| INVOICE DATE | 1-23-73 | | SHIPPED FROM | Same |
| CUST. ORD. NO. | 01-464452 | | PPD/COL | Collect |
| | Ref. #7368 | | | |
| DATE ENTERED | 1-11-73 | | DATE TO SHIP | 1-12-73 |
| TERMS | Net 30 | | DATE SHIPPED | 1-12-73 |
| ACC. CODE | 16257669 | | CARRIER | Wyandotte Cartag |
| SALESMAN | J. R. King | | CAR NO | |
| | Southfield | | | |

SHIP TO    * Same

INVOICE TO    * Chrysler Corp., Chem. Div.
7457 W. Jefferson Ave.
Trenton, Mich. 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE • #S | AMOUNT |
|---|---|---|---|---|
| 630 | Resin Grade 244  (P/C 653001) | 6,300 | $0.69 | $4,347.00 |
| | Invoice price is in compliance with Executive Order #11627 dated 10/15/71. | | | |

FOLD

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS √ BELOW.

**UNION CARBIDE CORPORATION**

☐ P.O. BOX 2045 CHICAGO, ILL.
☒ P.O. BOX 9  ...
☐ P.O. ...

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ...

**FILE COPY**



UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324  Livonia, MI

| | |
|---|---|
| INVOICE NO. **NX 095800** | SHIPPED FROM **Home** |
| INVOICE DATE **7-12-74** | PPD/COL **Collect** |
| CUST ORD. NO **CHA67443-A** **Rel. #21507** | DATE TO SHIP **7-10-74** |
| DATE ENTERED **7-9-74** | DATE SHIPPED **7-10-74** |
| TERMS **Net 30** | CARRIER **Warehouse Truck** |
| ACC CODE **16257669** | CAR NO |
| SALESMAN **SPR 44** | RQ **50127** |

S H I P   T O:   * Same

I N V O I C E   T O:
* Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 595 | Resin Grade 244  (P/C 653001) | 5,950 | $0.76 | $4,522.00 |
| | "UCC is in compliance with the Economic Stabilization Act of 1970, as amended, and with regulations issued pursuant thereto." | | | |

FOLD

18070301

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS / BELOW.

UNION CARBIDE CORPORATION
☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE  SAN FRANCISCO CA 94 2.
☒ P.O. BOX 91136, CHICAGO, ILL 60690
☐ P.O. BOX 4115 CHURCH ST STATION  NEW YORK  NEW YORK 10008

We hereby certify that these goods were procured in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY



 **UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324 FOB King City, CA

| | |
|---|---|
| INVOICE NO. | MU 337200 |
| INVOICE DATE | 12-30-75 |
| CUST. ORD. NO. | 01-467-443-0 |
| Release No. | 24245 |
| DATE ENTERED | 12-23-75 |
| TERMS | Net 30 |
| ACC. CODE | 16257669 |
| SALESMAN | EJK 47 |

| | |
|---|---|
| SHIPPED FROM | Same |
| PPD/COL. | Collect |
| DATE TO SHIP | 12-29-75 |
| DATE SHIPPED | 12-30-75 |
| CARRIER | Southern Pacific |
| CAR NO. | SP-232294 |
| RQ | 50127 |

SHIP TO

Same

INVOICE TO

Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB. | AMOUNT |
|---|---|---|---|---|
| FOLD | | | | FO |
| 1,680 | RG-244 (P/C 653001) | 16,800 | $0.76 | $12,768.00 |
| | (Code #F-1423) | | | |

11122305

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS √ BELOW.
UNION CARBIDE CORPORATION

P.O. BOX 93 36, CHICAGO ILL 60690
P.O. BOX 4115 CHURCH ST STATION NEW YORK, NEW YORK 10008

**FILE COPY**

(W)



UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

 *Calidria* ASBESTOS

38942324    FOB **King City, CA**

| | | |
|---|---|---|
| INVOICE NO. | **MU 302400** | SHIPPED FROM **Same** |
| INVOICE DATE | **10-13-75** | PPD/COL. **Collect** |
| CUST. ORD. NO. | **01-4674430** | DATE TO SHIP **10-13-75** |
| Release No. | **23948** | |
| DATE ENTERED | **10-13-75** | DATE SHIPPED **10-13-75** |
| TERMS | **Net 30** | CARRIER **Southern Pacific** |
| ACC. CODE | **16257669** | CAR NO **SP 203298** |
| SALESMAN | **RJK 47** | RQ **50127** |

SHIP TO

* **Same**

INVOICE TO

* **Chrysler Cor.**
**Chem. Division**
**5437 W. Jefferson Ave.**
**Trenton, MI    48183**

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB. | AMOUNT |
|---|---|---|---|---|
| 1,680 | RG-244   (P/C 653001) | 16,800 | $.68 | $11,424.00 |

11101301

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS / BELOW.

UNION CARBIDE CORPORATION

☐ P.O. BOX 2245 CUSTOM HOUSE POST OFFICE SAN FRANCISCO CA. 94126
☒ P.O. BOX 94186, CHICAGO, ILL 60690
☐ P.O. BOX 4115 CHURCH ST. STATION, NEW YORK, NEW YORK 10008

FILE COPY

UNION CARBIDE CORPORATION
MINING & METALS DIVISION
P O BOX K
KING CITY, CALIF 939

*Calidria* ASBESTOS

# 38942324

| | | | |
|---|---|---|---|
| INVOICE NO. | KC 168200 | FOB | King City, CA |
| | | SHIPPED FROM | Same |
| INVOICE DATE | 1-24-75 | PPD/COL. | Collect |
| CUST ORD NO. | CB-167431 | DATE TO SHIP | 1-23-75 |
| Release No. 22A68 | | DATE SHIPPED | 1-23-75 |
| DATE ENTERED | 1-23-75 | | |
| TERMS | Net 30 | CARRIER | Southern Pacific |
| ACC CODE | 16257669 | CAR NO. | SP-251527 |
| SALESMAN | TPK 44 | RQ | 50127 |

SHIP TO: *Same

INVOICE TO:
*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE $ | AMOUNT |
|---|---|---|---|---|
| 1,820 | Resin Grade 244  (P/C 653001) | 18,200 | $0.60 | $10,920.00 |

11032303

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS / BELOW

UNION CARBIDE CORPORATION

☐ P O BOX 2245 CUSTOM HOUSE POST OFFICE
☐ P O BOX 9. 36, CHICAGO, ILL 60690
☒ P O BOX 4115 CHURCH ST STATION NEW YORK NEW YORK 10008

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended
and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

FILE COPY



**UNION CARBIDE CORPORATION**
**MINING & METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

**38942324** FOB  King City, CA

| | |
|---|---|
| INVOICE NO. | AU 422200 |
| INVOICE DATE | 8-12-76 |
| CUST. ORD. NO. | 01-467443-G |
| Release No. | 25578 |
| DATE ENTERED | 8-10-76 |
| TERMS | Net 30 |
| ACC. CODE | 16257669 |
| SALESMAN | EJK 47 |

| | |
|---|---|
| SHIPPED FROM | Same |
| PPD/COL. | Collect |
| DATE TO SHIP | 8-12-76 |
| DATE SHIPPED | 8-12-76 |
| CARRIER | Southern Paci |
| CAR NO. | SSW-60261 |
| RQ | 50127 |

S H I P   T O: *Same

I N V O I C E   T O:
*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, Michigan 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| FOLD | | | | FO |
| 1,920 | RG-244  (P/C 653001)  (Part #F-1423) | 19,200 | $.76 | $14,592.00 |

11081003

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS ✓ BELOW.
UNION CARBIDE CORPORATION
P.O. BOX 9  3S, CHICAGO ILL 60690
P.O. BOX 4115 CHURCH ST. STATION, NEW YORK, NEW YORK

FILE COPY



**UNION CARBIDE CORPORATION**
**METALS DIVISION**
P.O. BOX K
KING CITY, CALIF. 93930

*Calidria* ASBESTOS

38942324

| | | | |
|---|---|---|---|
| INVOICE NO. | AU 500600 | FOB | King City, CA |
| | | SHIPPED FROM | Same |
| INVOICE DATE | 4-14-77 | PPD/COL. | Collect |
| CUST. ORD. NO. | 01-467443-0 | DATE TO SHIP | 4-13-77 |
| | Release No.27671 | | |
| DATE ENTERED | 4-11-77 | DATE SHIPPED | 4-14-77 |
| TERMS | Net 30 | CARRIER | Southern Pacifi |
| ACC. CODE | 16257669 | CAR NO | SP-222069 |
| SALESMAN | RJK 47 | RO | 50127 |

SHIP TO
\* Same

INVOICE TO
\* Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS | PRICE LB | AMOUNT |
|---|---|---|---|---|
| 1,920 | RG-244  (P/C 653001)<br><br>(Part #F-1423) | 19,200 | $.88 | $16,896.00 |

11041107

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS / BELOW.

UNION CARBIDE CORPORATION

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

☒ P.O BOX 91136, CHICAGO ILL. XXXX 60693
☐ P.O BOX 4115 CHURCH ST. STATION  NEW YORK, NEW YORK

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

**FILE COPY**



UNION CARBIDE CORPORATION
METALS DIVISION
P.O. BOX K
KING CITY, CALIF. 93930

**38942324**

*Calidria* ASBESTOS

FOB    King City, CA

| | |
|---|---|
| INVOICE NO. | AU 528030 |
| INVOICE DATE | 6-24-77 |
| CUST. ORD. NO. | 01-4674430 |
| | Release No. 28120 |
| DATE ENTERED | 6-23-77 |
| TERMS | Net 30 |
| ACC CODE | 16257669 |
| SALESMAN | EJK 47 |

| | |
|---|---|
| SHIPPED FROM | Same |
| PPD/COL. | Collect |
| DATE TO SHIP | 6-24-77 |
| DATE SHIPPED | 6-24-77 |
| CARRIER | Southern Paci |
| CAR NO. | SP-240293 |
| RQ | 50127 |

SHIP TO
*Same

INVOICE TO
*Chrysler Corporation
Chemical Division
5437 W. Jefferson Avenue
Trenton, MI 48183

| NO. BAGS | PRODUCT CODE AND DESCRIPTION | QUANTITY LBS. | PRICE / LB | AMOUNT |
|---|---|---|---|---|
| 2,000 | RG-244  (P/C 653001)  (Part #F-1423) | 20,000 | $.88 | $17,600.00 |

11062303

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE. SEND REMITTANCE TO ADDRESS ✓ BELOW.

UNION CARBIDE CORPORATION

☒ P.O. BOX 91136, CHICAGO, ILL  XXXX 60693
☐ P.O. BOX 4115 CHURCH ST STATION, NEW YORK, NEW YORK XXXX 1

GENTLEMEN:
THANK YOU FOR THIS ORDER.
THIS ACKNOWLEDGEMENT IS SUBJECT TO THE
PROVISIONS ON REVERSE SIDE HEREOF.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

**FILE COPY**

TO: **King City, C**

| | |
|---|---|
| INVOICE NO. | **AU 642400** |
| INVOICE DATE | **6-1-78** |
| CUST. ORD. NO. | **#08-467549-B** |
| Rel. | **#1700** |
| DATE ENTERED | **6-1-78** |
| TERMS | **Net-30** |
| ACC. CODE | **16257669** |
| SALESMAN | **KJK 47** |

| | |
|---|---|
| SHIPPED FROM | **Same** |
| PPD/COL. | **Collect** |
| DATE TO SHIP | **6-1-78** |
| DATE SHIPPED | **6-1-78** |
| CARRIER | **SP** |
| CAR NO. | **#SP-225680** |
| PQ | **50127** |

**Same**

**Chrysler Corp. Chem. Div.
5437 W. Jefferson Ave.
Trenton, Mich. 48183**

| | | | QUANTITY LBS | PRICE / LB | AMOUNT |
|---|---|---|---|---|---|
| 1840 | RG-244 | (653001) | 18,400 | $.95 | $17,480.00 |

11060103    PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE.
SEND REMITTANCE TO ADDRESS ✓ BELOW.

X

FILE COPY

King City, CA

| | | | |
|---|---|---|---|
| INVOICE NO. | AU 695200 | SHIPPED FROM | Same |
| INVOICE DATE | 9-27-78 | PPD/COL | Collect |
| CUST. ORD. NO | #6887 | DATE TO SHIP | 9-27-78 |
| DATE ENTERED | 9-26-78 | DATE SHIPPED | 9-27-78 |
| TERMS | Net-30 | CARRIER | SP |
| ACC CODE | 30283287 | CAR. NO. | #SP-224549 |
| SALESMAN | EJK 47 | PO | 51372 |

Chrysler Corporation
Chemical Division
5437 W. Jefferson Ave.
Trenton,     MI 48183

A. T. Callas Company
2300 W. Big Beaver Road
Troy, MI 48084

| | | QUANTITY (?) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1,760 | HG-244 | 653001 | 17,600 | $1.00 | $17,600.00 |
| | | | | less 5 % | 880.00 |
| | | | | | $16,720.00 |

11092605

PLEASE SEND ALL CORRESPONDENCE TO ADDRESS ABOVE. PLEASE
REFER TO INVOICE NUMBER ABOVE WHEN MAILING REMITTANCE
SEND REMITTANCE TO ADDRESS BELOW.

x

FILE COPY