UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MOSES SHERMAN and LEOLA SHERMAN,

                Plaintiffs,

- against -　　　　　　　　　　　　　　Case No: 07 CV 6433 (RJS)

A.J. PEGNO CONSTRUCTION CORP., et al.,

                Defendant.　　　　　**AFFIDAVIT**
-----------------------------------------------------------------x

STATE OF NEW YORK    )
　　　　　　　　　　　ss.:
COUNTY OF NEW YORK   )

    ELLIOTT J. ZUCKER, an attorney duly admitted to practice law before the courts of the state of New York, hereby affirms under the penalties of perjury and upon information and belief as follows:

    1.    I am a member of the law firm of AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP, the attorneys for defendants FORD MOTOR COMPANY and GENERAL MOTORS CORPORATION in the above-captioned litigation.

    2.    This affidavit is made in opposition to the plaintiffs' motion to remand this matter back to state court.

    3.    For the reasons articulated in the accompanying memorandum of law, it is respectfully requested that the plaintiffs' motion be denied in its entirety.

Dated: New York, New York
       October 5, 2007

                                                 _____
                                                 ELLIOTT J. ZUCKER (EJZ8664)

Sworn to before me this
5th day of October, 2007

_____
NOTARY PUBLIC

              RUTH A TIERNEY
      Notary Public, State of New York
598427v         No. 01TI4898922
        Qualified in Queens County
    Commission Expires June 22, 2011