## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

      RUTH A. TIERNEY, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Queens, N.Y.

      That on the 5th day of October, 2007, deponent served the within DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND upon:

    HON. RICHARD J. SULLIVAN
    UNITED STATES DISTRCIT COURT
    SOUTHERN DISTRICT OF NEW YORK
    500 PEARL STREET, ROOM 615
    NEW YORK, N.Y. 10007

    STEPHEN J. RIEGEL
    WEITZ & LUXENBERG, P.C.
    Attorneys for Plaintiffs
    180 Maiden Lane, 17th Fl.
    New York, N.Y. 10038

    DON PUGLIESE, ESQ.
    McDERMOTT, WILL & EMERY
    340 Madison Avenue
    New York, N.Y. 10173-1922

    JUDITH YAVITZ, ESQ.
    ANDERSON, KILL & OLICK, P.C.
    1251 Avenue of the Americas
    New York, N.Y. 10020

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                          RUTH A. TIERNEY

Sworn to before me this
5th day of October, 2007.

Catherine K. Longsworth
Notary Public, State of New York
No. 01LO5040376
Qualified in Kings County
My Commission Expires 07/21/2011

598569v