UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOSES SHERMAN and LEOLA SHERMAN,   :   Case No. 07 CV 6433 (RJS)
:
Plaintiffs,   :
:
- against -   :   **AFFIDAVIT OF SERVICE**
:
A.J. PEGNO CONSTRUCTION CORP., et al..,   :
:
Defendants.   :
:
-----------------------------------------------------------------X

STATE OF NEW YORK   )
: ss.
COUNTY OF NEW YORK)

BARBARA PARENTE, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

On October 9, 2007, deponent caused the attached **PLAINTIFFS' REPLY LETTER BRIEF**, to be served upon:

       **JAY A. RAPPAPORT, ESQ.**
       **AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
       757 Third Avenue
       New York, New York 10017
       Phone # (212) 593-6700
       Fax # (212) 593-6970
       Counsel for **FORD MOTOR CO. and GENERAL MOTORS CORP**.

       **DONALD PUGLIESE, ESQ.**
       **McDERMOTT WILL & EMERY**
       340 Madison Avenue
       New York, New York 10020
       Phone # (212) 547-5400
       Fax # (212) 547-5444
       Counsel for **HONEYWELL INTERNATIONAL, INC. f/k/a ALLIED SIGNAL, INC./BENDIX**

        JUDITH YAVITZ, ESQ.
        ANDERSON KILL OLICK & OSHINSKY
        1251 Avenue of the Americas
        New York, New York 10020-1000
        Phone # (212) 278-1000
        Fax # (212) 278-1733
        Counsel for **AMCHEM PRODUCTS, INC. n/k/a**
        **RHONE POULENC AG CO. n/k/a BAYER**
        **CROPSCIENCE INC., CERTAINTEED and**
        **UNION CARBIDE CORP.**

in this action, at the addresses designated by said attorneys for that purpose via FEDERAL EXPRESS

for next business day delivery on October 10, 2007.

                                                  BARBARA PARENTE

Sworn to before me this
9th day of October, 2007

_____
      Notary Public

        RICHARD CABO JR
   Notary Public, State of New York
        No. 01CA6065452
     Qualified in Kings County
   Commission Expires 10/22/2009