A CERTIFIED TRUE COPY
ATTEST
By Mecca Thompson on Dec 13, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 13, 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)**

Moses Sherman, et al. v. A.J. Pegno Construction Corp., et al.,
S.D. New York, C.A. No. 1:07-6433
John Alexander v. Amchem Products, Inc., et al.,
S.D. New York, C.A. No. 1:07-6441

MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order (CTO-286) was filed with respect to these two actions on August 21, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in both actions filed notices of opposition to the proposed transfer, and thereafter timely submitted motions and briefs to vacate CTO-286. This matter was then considered by the Panel at its hearing session in San Diego, California, on November 29, 2007. The Panel has now been advised that both actions were remanded to the Supreme Court of the State of New York, County of New York, in a memorandum and order filed on November 30, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-286" filed on August 21, 2007, is hereby VACATED insofar as it relates to these two actions.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman